```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0118--CV (JKS)
                 "ROSA S. GAONA V JOHN E. POTTER"

          Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 06/01/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                                Counsel of Record:

PLF 1.1            GAONA, ROSA S.                 Patricia S Rose
                                                  157 Yesler Way, Suite 503
                                                  Seattle, WA 98104
                                                  206-622-8964
                                                  FAX 206-622-2593

DEF 1.1            POTTER, JOHN E.                Richard L. Pomeroy
                                                  U.S. Attorney's Office
                                                  222 W. 7th Avenue, #9
                                                  Anchorage, AK 99513-7567
                                                  907-271-5071

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0118--CV (JKS)
                            "ROSA S. GAONA V JOHN E. POTTER"

                                   For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 06/01/04
            Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

    Nature of Suit: (442) Jobs

             Origin: (1) Original Proceeding
             Demand:
        Filing fee: In Forma Pauperis
           Trial by:


Document #   Filed      Docket text

    1 -  1   06/01/04   PLF 1 motion (application) to waive the filing fee.

    2 -  1   06/01/04   Complaint filed.

    3 -  1   06/01/04   PLF 1 motion (application) for appointment of counsel.

    4 -  1   06/14/04   JKS Order to amend; amended cmplt or notice of voluntary dismissal due
                        07/12/04; no action will be taken on the pending appl to waive the
                        filing fee or appt of cnsl until plf complies with this order. cc: cnsl

    5 -  1   06/28/04   PLF 1 motion for extension of time until 8/30/04.

    6 -  1   06/30/04   JKS Minute Order granting mot for ext of time until 07/30/04 (5-1) to
                        file amended cmplt. cc: cnsl

    7 -  1   07/19/04   PLF 1 Response to Order at docket 4.

    8 -  1   08/11/04   PLF 1 motion (application) for appointment of counsel.

    9 -  1   08/13/04   JKS (Second) Order to Amend; deferring motion (application) to waive the
                        filing fee (1-1), motion (application) for appointment of counsel (3-1),
                        motion (application) for appointment of counsel (8-1); pltf's amended
                        cmplt or notice of voluntary dsmssl w/o prejudice due 9/14; ck to send
                        pltf cy of PS05 & PS09. cc: cnsl

   10 -  1   09/15/04   PLF 1 Complaint (Second Amended) w/att exh.

 NOTE -  1   10/21/04   Issued: summons on J. Potter.

   11 -  1   10/21/04   JWS Order directing svc & response; denying mot (appl) for appt of cnsl
                        (3-1); granting mot (appl) to waive the filing fee (1-1); clk to issue
                        sum to J. Potter & send original sum & USM 285 to plf; clk to send plf 2
                        addtl sums forms for US Atty for District of Ak & Atty General of USA;
                        plf to complete & return sums (plus 2 copies) to crt for signature &
                        seal; plf to send all issued sums & USM 285, cy of cmplt, original & 1
                        cy of sum & cy of this ord to USM for svc; USA has 60 days to respond.
                        cc: cnsl, Finance, USM, PSLC


ACRS: R_VDSDX              As of 10/31/05 at 4:43 PM by GARRY                          Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0118--CV (JKS)
                            "ROSA S. GAONA V JOHN E. POTTER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 2 | 11/09/04 | Issued: summons re: John Ashcroft and T. Burgess. |
| 12 - 1 | 01/24/05 | USM Return of svc of summons re: DEF 1 on 1/5/05. |
| 13 - 1 | 01/24/05 | USM Return of svc of summons re: Atty Gen on 1/5/05. |
| 14 - 1 | 01/24/05 | USM Return of svc of summons re: US Atty on 12/30/05. |
| 15 - 1 | 02/28/05 | DEF 1 Answer to Complaint. |
| 16 - 1 | 03/01/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 17 - 1 | 03/23/05 | DEF 1 Scheduling & Planning Conference Report. |
| 18 - 1 | 03/24/05 | PLF 1 Scheduling and Planning Conference Report. |
| 19 - 1 | 03/24/05 | PLF 1 motion for change of venue w/att declaration. |
| 20 - 1 | 03/25/05 | DEF 1 non-opposition to PLF 1 motion for change of venue w/att declaration. (19-1). |
| 21 - 1 | 03/30/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 03/31/05; Dispositive motions deadline 01/31/06. cc: cnsl |
| 22 - 1 | 04/15/05 | JKS Minute Order granting motion for change of venue (19-1); mot treated as mot to determine place of hrgs & trial; further hrgs & trial will be conducted in Juneau. cc: cnsl, Divisional Deputy |
| 23 - 1 | 09/19/05 | PLF 1 Application re: non-resident attorney Patricia S. Rose. |
| 24 - 1 | 09/30/05 | DEF 1 Stipulation to extend discovery deadline until 6/30/05. |
| 23 - 2 | 10/04/05 | JKS Order granting PLF 1 Application of non-resident attorney Patricia S. Rose for admission to appear & participate w/o local cnsl. cc: cnsl |
| 24 - 2 | 10/04/05 | JKS Order granting stipulation to extend discovery deadline until 6/30/05 (24-1) & setting the following dates: Discovery to close 06/30/06; Dispositive motions deadline 07/30/06. cc: cnsl |