DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA, ) | |
| ) | Case No. 3:04-cv-118-JKS |
| Plaintiff, ) | |
| ) | **DEFENDANT'S WITNESS LIST** |
| v. ) | |
| ) | |
| JOHN E. POTTER, Postmaster General, ) | |
| ) | |
| Defendant. ) | |

Defendant, through counsel, submits the following list of the witnesses in this case:

1. Rosa Gaona
   9951 Stephen Richards Dr., Space # 19
   Juneau, AK 99801

Ms. Gaona is the plaintiff in this case.

    2.      Linda Secor
            Rural Carrier
            Mendenhall Facility
            PO Box 39998
            Juneau, AK 99803-9998

            Ms. Secor appeared as a witness for Plaintiff at her EEO administrative hearing.

    3.      James Donaghey
            Postmaster of Juneau (retired)
            PO Box 34513
            Juneau, AK 99803-4513

            As Postmaster, Donaghey supervised Ms. Hicks and Ms. Vincent.  His testimony would be consistent with his testimony in the administrative hearing.  Mr. Donaghey now works for the Catholic Diocese in Juneau.

    4.      Gethsemane (Dailang) Saceda
            Supervisor, Customer Service
            Mendenhall facility
            PO Box 39998
            Juneau, AK 99803-9998

      Ms. Saceda is Plaintiff's first line supervisor at the downtown station.  Ms. Saceda required further medical documentation for Plaintiff's return to work in 1997.

    5.      Sandra Hicks
            General Clerk
            Mendenhall Facility
            PO Box 39998
            Juneau, AK 99803-9998

Ms. Hicks was formerly the manager at the Mendenhall facility.

    6.      Daniel Kelly
            Postmaster
            PO Box 9998
            Victor, ID 83455-9998

      Mr. Kelly was an acting manager at the downtown post office in Juneau.  In that capacity he issued a letter of warning to Plaintiff for not following his instruction to remove her car from the car pool area of the employee parking lot.

    7.     Ruth Vincent
            Manager, Customer Service
            Mendenhall Facility
            PO Box 39998
            Juneau, AK 99803-9998

Former station manager at the downtown post office.

    8.     Ron Ahrens
            Postmaster
            200 N. Main Street
            Elinwood, KS 67526

    Mr. Ahrens is a former co-worker of the Plaintiff.  He was also her 204(b) supervisor. He changed Plaintiff's work duties in December, 1999 and charged her as absent without leave when she called in for emergency leave to care for her cat.

    9.     Jewelle Shoemake
            Human Resources Specialist
            4141 Postmark Dr.
            Anchorage, AK 99502

Ms. Shoemake provided the Injury Compensation files.

    10.    Linda Watson
            Manager, EEO Dispute Resolution
            4141 Postmark Dr.
            Anchorage, AK 99502

    Ms. Watson is knowledgeable about Plaintiff's EEO complaints and the administrative actions taken.

    11.    Stuart Akagi

Mr. Akagi was a co-worker.

    12.    Chris Dargan

Mr. Dargan was a co-worker.

    13.    Mike Northam

Mr. Northam was a Carrier Supervisor during some of the relevant times covered by Plaintiff's Complaint.

    14.    Susan Johnson

Ms. Johnson was a Station Manager during some of the relevant times covered by Plaintiff's Complaint.

    15.    Susan Hall

Ms. Hall was a co-worker.

    16.    All witnesses identified by Plaintiff.

    17.    Any rebuttal witnesses.

    18.    Any witnesses needed to authenticate documents.

    19.    Any witnesses identified during the course of discovery.

Respectfully submitted this 3rd day of April, 2006, in Anchorage, Alaska.

                                                DEBORAH M. SMITH
                                               Acting United States Attorney

                                               s/Richard L. Pomeroy
                                               Assistant U.S. Attorney
                                               222 West 7th Ave., #9, Rm. 253
                                               Anchorage, AK 99513-7567
                                               Phone: (907) 271-5071
                                               Fax: (907) 271-2344
                                               E-mail: richard.pomeroy@usdoj.gov
                                               AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2006,
a copy of the foregoing Defendant's
Witness List was served via U.S. Mail on

Patricia S. Rose
157 Yesler Way, Suite 503
Seattle, WA 98104

s/ Richard L. Pomeroy

Gaona v. Potter
Case No. 3:04-cv-00118-JKS                5