DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ROSA GAONA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>        Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**MOTION FOR EXTENSION OF TIME** |
|---|---|

    Defendant moves for an extension of the deadline to file dispositive motions from July 31, 2006 to August 18, 2006.  Additional time is requested to complete what is expected to be a motion for summary judgment as to all of plaintiff's causes of action.

The undersigned has been unsuccessful in attempts to contact opposing counsel to determine whether she would oppose this request.

Respectfully submitted this 25th day of July, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Richard L. Pomeroy
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2006,
a copy of the foregoing Motion for Extension
Of Time was served via U.S. Mail on

Patricia S. Rose
157 Yesler Way, Suite 503
Seattle, WA 98104

    and email to

PRose83897@aol,com

s/ Richard L. Pomeroy