IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>          Plaintiff,<br><br>   v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>          Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**[PROPOSED] ORDER** |

Defendant motion for an extension of the deadline to file dispositive motions from July 31, 2006 to August 18, 2006 is hereby GRANTED.


_____

Date:

_____

James K. Singleton
United States District Court Judge