IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>      Plaintiff,<br><br> vs.<br><br>JOHN E. POTTER, Postmaster General,<br><br>      Defendant. | Case No. 3:04-cv-00118-JKS<br><br>O R D E R |

Defendant's motion for an extension of the deadline to file dispositive motions at **Docket No. 26** is **GRANTED**.

**IT IS THEREFORE ORDERED**:

The deadline in which to file dispositive motions is moved from July 31, 2006 to August 18, 2006.

Dated at Anchorage, Alaska, this 3rd day of August 2006.

                  /s/ James K. Singleton, Jr.
                  **JAMES K. SINGLETON, JR.**
                  United States District Judge