DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>    Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**MOTION FOR EXTENSION OF TIME** |

      Defendant moves for an extension of the deadlines for briefing dispositive motions in this case.  The current deadline to file dispositive motion is August 18, 2006.  Additional time is requested due to delays in completing a motion for summary judgment as to all of plaintiff's causes of action and competing deadlines in counsel's cases.

      The undersigned has contacted opposing counsel, who does not oppose this request.  If this request is granted, the new deadline for filing dispositive motions would be September 1, 2006, the deadline for filing an opposition would be October 2, 2006, and the deadline for filing optional replies would be October 23, 2006.

Respectfully submitted this 16th day of August, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006,
a copy of the foregoing Motion for Extension
of Time was served via U.S. Mail on

Patricia S. Rose
157 Yesler Way, Suite 503
Seattle, WA 98104

    and email to

PRose83897@aol,com

s/ Richard L. Pomeroy