NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ROSA GAONA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>       Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendant moves for an extension of the deadlines for briefing dispositive motions in this case. The current deadline to file dispositive motions is September 1, 2006. Additional time is requested due to illness of counsel for defendant.

A member of the undersigned's staff has contacted opposing counsel, who does not oppose this request. If this request is granted, the new deadline for filing dispositive motions would be September 6, 2006, the deadline for filing an opposition would be October 6, 2006, and the deadline for filing optional replies would be October 26, 2006.

Respectfully submitted this 31th day of August, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2006,
a copy of the foregoing Unopposed Motion
for Extension of Time was served electronically on
Patricia S. Rose.

s/ Richard L. Pomeroy