IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>　　　　Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**ORDER** |

　　Defendant's motion for an extension of the deadline to file dispositive motions is hereby GRANTED. Dispositive motions are due September 6, 2006, the opposition is due October 6, 2006, and the optional reply is due October 26, 2006.

　September 5, 2006　　　　　　　　　　　　　/s/James K. Singleton
Date:　　　　　　　　　　　　　　　　　　　James K. Singleton
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge