MicroPact Internet Complaints System

Page 1 of 2



MicroPact iComplaints System

**Complaints**

v 2.8.5.10 Thu Jan 13 11:03:12 CST 2005

## Search Results

Search Again    Save Search

Number of case(s) to display per page: 10
Pages: 1 | 2 |

**Number of results**: 14

| Case # | Type | Subject | Complainant | Initial Contact/Formal Filed | Closure Date | Age Of Case |
|---|---|---|---|---|---|---|
| 4E-000-1564-93 | Informal | Non-Sexual Harrassment | GAONA, ROSA | 11/04/1992 | 11/13/1992 | 9 |
| 4E-995-0001-01 | Formal | Non-Sexual Harrassment MTARBY ... | GAONA, ROSA | 12/05/2000 | 01/31/2001 | 57 |
| 4E-995-0006-01 | Formal | Other Assignment of Duties MTARBY ... | GAONA, ROSA | 02/12/2001 | 04/02/2001 | 49 |
| 4E-995-0007-98 | Formal | Leave JINGLIS-NOFA-10/07/02 ... | GAONA, ROSA | 11/28/1997 | 02/27/2004 | 2282 |
| 4E-995-0008-00 | Formal | Non-Sexual Harrassment JINGLIS-NOFA-10/07/02 ... | GAONA, ROSA | 02/25/2000 | 10/08/2002 | 956 |
| 4E-995-0008-04 | Formal | Converted EEO Contact Case PRE-018388... | Gaona, Rosa | 04/12/2004 | | 276 |
| 4E-995-0008-98 | Formal | Non-Sexual Harrassment | GAONA, ROSA | 11/13/1997 | 02/27/2004 | 2297 |
| 4E-995-0025-98 | Formal | Leave JINGLIS-NOFA-10/07/02 CONSOLIDATED AT HRG W... | GAONA, ROSA | 02/17/1998 | 02/27/2004 | 2201 |
| 4E-995-0037-04 | Informal | CONTINUED HARASSMENT - MAKING HER TAKE A LUNCH - V... | GAONA, ROSA | 06/30/2004 | | 197 |
| 4E- | Formal | Working | GAONA, | 09/20/2001 | 12/13/2004 | 1180 |

EXHIBIT A - Page __1__ of 3

https://eeo.usps.gov/iComplaints_28510/jsp/home/search/scripts/searchResults.jsp?SearchI...  1/13/2005

MicroPact Internet Complaints System                                      Page 2 of 2

| 995-0039-01 | Conditions REASSIGNED FROM SIMMONS CARTER... | ROSA | | | |

Cancel

© MicroPact Engineering, Inc. 2003

Please submit feedback and questions to System Administrator

MicroPact Internet Complaints System                             Page 1 of 1





MicroPact iComplaints System                    v 2.8.5.10 Thu Jan 13 11:04:39 CST 2005

## Search Results

🔍 Search Again   💾 Save Search

Number of case(s) to display per page: 10
Pages: 1 | 2 |

**Number of results: 14**

| Case # | Type | Subject | Complainant | Initial Contact/Formal Filed | Closure Date | Age Of Case |
|---|---|---|---|---|---|---|
| 4E-995-0060-02 | Formal | Non-Sexual Harrassment TO MTARBY ACCEPT/REJECT 11... | GAONA, ROSA | 10/08/2002 | 09/23/2003 | 350 |
| 4E-995-1032-96 | Informal | Non-Sexual Harrassment | GAONA, ROSA | 04/25/1996 | 08/29/1996 | 126 |
| 4E-995-1057-96 | Informal | Non-Sexual Harrassment | GAONA, ROSA | 09/17/1996 | 11/07/1997 | 416 |
| 5A-000-1005-91 | Formal | Termination 91/12/09 ... | GAONA, ROSA | 01/22/1991 | 05/07/1992 | 471 |

Cancel

© MicroPact Engineering, Inc. 2003

Please submit feedback and questions to System Administrator