POSTMASTER
VINTAGE ADMINISTRATIVE OFFICES



HUMAN RESOURCES

97 NOV -7 AM 8:36

Date:    June 24, 1997

Subject:    Return to Duty

To:    Rose Taona
       9951 Stephen Richards Drive # 19
       Juneau AK. 99801-7114

On June 23, 1997 in the PM this office received notification from Dr. Bryan that you are allowed to return to work under those restrictions previous to the restrictions from 05/22/97 to 06/18/97". (Note: The restrictions from 05/22/97 to 06/18/97 involved complications due to nose bleeds. As of this date you have not provided documentation that supports your insinuation that this was an on the job injury.) Now that this issue appears to be behind us there are a number of other issues that need to be addressed prior to returning to work;

1. Identify exactly what your restrictions were prior to 05/22/97. The last Work Restriction Evaluation we have on file for you is dated 04/23/97. The restrictions outlined on this were;
   - No overtime only 8 hours per day.
   - Lifting limited to 30 lbs.
   - Visual and/or hearing limitations. (not clear on report)
   - 6 hrs limitations on sitting, walking, lifting, bending, twisting, and standing.
   - Can't reach above shoulder.
   Under these restrictions I'm certain reasonable accommodations can be made for your return to duty. Therefore since you are out of annual leave and sick leave you should contact your supervisor to make arrangements to return to duty.

2. Identify exactly what your restrictions are as of this date.
   - In my letter of June 18, 1997 I once again reminded you of your responsibility to provide this office with updates of your condition every eight weeks.
   - Enclosed is a Work Restriction Evaluation when requesting to return to duty you will be required to provide this or equivalent updated documentation.

3. On 06/23/97 you submitted a Form 3971 requesting 80 hrs. FMLA leave.
   - As I explained in my letter of 06/18/97 FMLA is not a leave type but rather a classification under certain circumstances.

PO BOX 39996
JUNEAU, AK 99803-9996
(907) 586-7864

EXHIBIT  4
PAGE  1  OF  2

EXHIBIT G - Page  1  of 2

- 2 -

- Therefore, what type of leave are you requesting and under what circumstances should it be classified as FMLA. (In my letter of 06/18/97 documentation relevant to an FMLA request was provided.)

In conclusion, I'll once again point out to you that the only information we have to assist us in making a decision for your return to work is that which you are willing to have your attending physician provide. We are not nor have we been in contact with OWCP; therefore, this office has no information to substantiate your claim that many of your absences are covered by OWCP. At this point that is a decision that this office has no involvement in.

If you have any questions concerning this matter please feel free to contact this office.

James M. Donaghey
Postmaster

EXHIBIT 4
PAGE 2 OF 2

EXHIBIT G - Page 2 of 2

15(