POSTMASTER
VINTAGE ADMINISTRATIVE OFFICES


UNITED STATES
POSTAL SERVICE

Date:    January 25, 1997

To:      Rosa Gaona
         9951 Sthphan Richards Dr. #19
         Juneau, AK 99801-7114

Upon return from your three weeks scheduled annual leave in March 1996, you requested and have been continuously on either light or limited duty. At your request you, Ranae Davis, Dailang Saceda, and myself met on January 23, 1997 to review additional light duty restrictions. The purpose of this letter is to follow-up and recap that meeting. The following are some of the restrictions and provisions we've made to provide you temporary light or limited duty;

| RESTRICTION | ACTION |
|---|---|
| 1) Lifting not to exceed 35 lbs. | 1) Parcels over 35 lbs carried by another carrier. |
| 2) Workday not to exceed 8 hrs. | 2) Assistance given to prevent Ms Gaona from going over 8 hrs. |
| 3) Case located in draft. | 3) Case moved to opposite end of all carrier section. |
| 4) Special footwear and orthotics to which | 4) Special footwear allowed. |
| 5) Standing limited to intermittent & 2 hrs a day. | 5) Stool provided for casing mail. |
| 6) Stool too short for casing mail. | 6) A restbar/stool used by mail processing clerks will be provided. |
| 7) Ms. Gaona should not be outside continually when wind chill is 20 degrees or colder. | 7) On such occasions Ms. Gaona will be given the hand offs from Rt #2. and like amount of her route will be given to a PTF. |

With regard to item 7 above: I will reiterate that we agreed that it will be your responsibility to advise your supervisor on those days when you are requesting to deliver the hand offs from RT #2 and have a PTF deliver a portion of your route.

During the meeting we discussed the frequency that you would be submitting updates on your medical condition. I'm advising you that such documentation

PO BOX 39996
JUNEAU, AK 99803-9998
(907) 586-7954
19-5291

EXHIBIT 7
PAGE 1 OF 5

EXHIBIT H - Page 1 of 3    161

-2-

- should normally be provided every eight weeks. If there is a change in your medical restrictions, you should provide it to your supervisor as soon as possible. Since the last documentation is dated Dec. 24, 1996, we will expect updates by the COB on the following dates; 3/5/97
COB -3-5-77

| | | |
|---|---|---|
| February 18, 1997 | April 15, 1997 | June 6, 1997 |
| August 5, 1997 | September 30, 1997 | November 25, 1997 |

The medical documentation must address each of the seven restrictions noted above and any changes in these restrictions. The medical documentation must also identify prognosis for recovery and return to full duty. While I've identified dates when documentation must be provided, you should not hesitate to provide this office with updates anytime there is a change in restrictions.

> I am enclosing six copies of the "Work Restriction Form" for your convenience. Please do not hesitate including any additional supporting documentation.

Article 13 Section 2 A . (Temporary Reassignment) states;

> Any full-time employee recuperating form a serious illness or injury and temporarily unable to perform the assigned duties may voluntarily submit a written request to the installation head for temporary assignment to a light duty or other assignment. The request shall be supported by a medical statement from a licensed physician or by a written statement from a licensed chiropractor stating, when possible, the anticipated duration of the convalescence period. Such employee agrees to submit to a further examination by a Public Health Service doctor or physician designated by the installation head, if that official so requests.

Your recovery and return to full duty status is important to us. Therefore if there are any portions, of this letter you don't understand or don't agree with please do not hesitate to contact this office.

*J. M. Donaghey*

J. M. Donaghey
Postmaster

EXHIBIT 7
PAGE 2 OF 5

EXHIBIT H - Page 2 of 3    161

POSTMASTER
VINTAGE ADMINISTRATIVE OFFICES

**UNITED STATES POSTAL SERVICE**

HUMAN RESOURCES

97 NOV -7 AM 8: 36

Date:   Feb. 27, 1997

To:   Rosa Gaona
   9951 Stephen Richards Dr. #19
   Juneau, AK 99801-7114

Attached is a copy of a letter and attachments that were sent "Certified Mail" to your home address on Jan. 25, 1997. Delivery notices were left on 01/27/97, 02/06/97, and 02/12/97. This letter was unclaimed and returned to this office. Therefore, to ensure you receive this letter and attachments, they are being delivered to you while you're on duty. Please sign and date below that you've received this information;

_____   03/03/97
Rosa Gaona                Date

_____   3/3/97
Dallang Saceda            Date

Note: The change on page two of this letter, which changes the next medical restrictions from 02/18/97 to 03/03/97. to 3/5/97

_____
J. M. Donaghey
Postmaster

To whom it concern I did not receive 3 notices. I only received the 2nd notice. I called Tai-Fiver about my second notice she checked.... it was sent back

Rosa Gaona

PO BOX 39996
JUNEAU, AK 99803-9998
(907) 586-7084
-5291

EXHIBIT 6
PAGE 1 OF 1

EXHIBIT H - Page 3 of 3

16C