POSTMASTER
VINTAGE ADMINISTRATIVE OFFICES


UNITED STATES
POSTAL SERVICE

**Date:** July 10, 1997

**Subject:** Light Duty Assignment
Rosa Gaona SS# 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

**To:** Dailang Saceda, SCS
Federal Building Station

Rosa Gaona has requested a continuance of her light duty assignment. In accordance with the provision of Article XIII this request has been granted. Ms. Gaona is to remain in a light duty status from this date through the COB Sept. 2, 1997.

The assignment has been discussed with Ms. Gaona and a craft representative. The following limitation will be in effect for the entire status of light duty:
- The employee should not work over eight hours per day.
- The employee should not work in excessive cold, below 20 degrees.
- Continuous walking limited to 6 hrs.
- Intermittent lifting not to exceed 30 lbs.
- Intermittent bending not to exceed 4 hours.
- Intermittent twisting not to exceed 4 hours.
- Intermittent standing not to exceed 4 hours.

You are reminded that the employee will be retained on duty to the extent that work that meets the light duty criteria is available. When such work is not available the employee should not be scheduled for and/or retained on duty. Work performance should meet minimum requirements. It should be remembered that the employee must not be scheduled more than eight hours per day, or forty hours per week.

The employee must before the COB on Sept. 2, 1997, submit an updated "Work Restriction Evaluation" form or equivalent documentation. The employee will not be permitted to return to duty unless this documentation is provided. If limitations still exist, updated request for light duty must be submitted, reviewed, and approved prior to returning to duty. Additionally, as long as limitations exist, the employee will be required to submit an updated medical documentation every eight weeks by the COB on the following schedule; Oct. 24, 1997, Dec. 19, 1997, & Feb. 13, 1998.

J. M. Donaghey

cc: Rosa Gaona

PO BOX 25998
JUNEAU, AK. 99803-9998
(907) 586-7564
1-5291

EXHIBIT 5
PAGE 1 OF 1

EXHIBIT I - Page 1 of 2

150



## Certification

| Case No. |
|---|
| 4E-995-0007-98 |

I have read the attached statement, consisting of _____ pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

### Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., section 621 et. seq.; and 701 et. seq.; and Executive-Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for Postal Service and other federal employees witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

### Oath/Affirmation

Subscribed and (sworn) (affirmed) before me _____

on this _____ day of _____,

| EEO Investigator's Signature | Affiant's Signature (Sign in the presence of EEO Investigator) |
|---|---|
|  |  |

### Declaration

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

*(Affiant, sign and date if attached statement was not completed in the presence of the EEO investigator)*

| Affiant's Signature | Date |
|---|---|
| James M Dunphy | Sept 10, 1998 |

AFFIDAVIT B
PAGE 1 OF 2

EXHIBIT 1 - Page 2 of 2   T49