| | | Page No. | No. Pages | Case No. |
|---|---|---|---|---|
| ![USPS] | **EEO Investigative Affidavit (Witness)** | 1 | 1 | 4E-995-0007-98 |

| 1. Affiant's Name (First, Middle, Last) | 2. Employing Postal Facility | | |
|---|---|---|---|
| Donaghey, James F. | Juneau, AK | | |
| 3. Position Title | 4. Grade Level | 5. Postal Address and Zip + 4 | 6. Unit Assigned |
| Postmaster | EAS-21 | 9421 Vintage Blvd | |

**Privacy Act Statement**

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C. sections 621 et. seq. and 701 et seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; in a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for Postal Service and other federal employees witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

**7. Statement** (Continue on Form 2569 if additional space is required)

I am fifty-five years of age, have no disabilities and I have have filed no EEO complaints but I have served as a witness on several EEO complaints. I am aware of Ms. Gaona's age and her prior EEO activity. I am aware that Ms. Gaona has ongoing medical problems but I am not aware of the diagnosis. Ms. Gaona has been ill for some time and has been required to provide appropriate medical documentation to support her requests for light duty. Unfortunately, she has not always provided that documentation even though we have discussed the requirements for medcial documentation many times as well as outlined the requirements in writing several times. I talked with Ms. Saceda regarding the doctor's slip that was faxed on September 2, 1997 and we both agreed it was in sufficient, in part, because it did not show a return to work date. I don't recall discussing Ms. Gaona's situation with Ms. Saceda again until the light duty meeting on September 8, 1997; however, had I seen the September 5, 1997 release for duty I would have kept Ms. Gaona off work until a light duty meeting was held because of the change in restrictions.

Affiant's Signature: *James M. Donaghey*
Date: Sept 10, 1998

AFFIDAVIT B
PAGE 2 OF 2

EXHIBIT J

15(