POSTMASTER
VINTAGE ADMINISTRATIVE OFFICES

**UNITED STATES POSTAL SERVICE**

Date:     Nov. 22, 1997

Subject:  Advanced Sick Leave

To:       Rosa Gaoua
          9951 Stephen Richards Drive # 19
          Juneau AK 99801-7114

This has reference to your letter of Nov. 20, 1997 in which you are requesting 80 hours advanced sick leave. In considering such a request there is a number of items that are reviewed i.e.
- Number of unscheduled absences in the last two or three years.
- Amount of sick leave used in the last two or three years.
- Amount of LWOP used in the last two or three years.
- Overall attendance profile; (percentage of sick leave available in relationship to years service).
- The assurance that advanced sick leave being paid back.
- The amount of time it will take to pay back the advanced sick leave.

If there is a negative response to each of these and other concerns it is not in the best interest of the US Postal Service to grant the request for advanced sick leave. Therefore, I am denying your request.

If you have any questions concerning this matter please feel free to contact this office.

James M. Donaghey
Postmaster

cc:    Sandi Hicks - Manager Customer Service

Receipt of Original Acknowledged.
Date - 11/25/97   Time - 09:50

Rosa Gaoua
Signature - Employee

PO BOX 39996
JUNEAU, AK 99803-9996
(907) 586-7634
Fax (907) 790-6291

EXHIBIT 3
PAGE 1 OF 1

EXHIBIT L

37