**TIMEKEEPER/ACCOUNTING CLERK**
ADMINISTRATIVE OFFICES

**UNITED STATES POSTAL SERVICE**

Page 2

HUMAN RESOURCES

98 FEB 17 AM 8:28

September 19, 1997

Rosa Gaona
9951 Stephen Richards Dr. # 19
Juneau, AK 99801-7114

RE: Leave Status

As per your request for information regarding your work hours from May of 1997 to present.

| Period | Hours | Pay |
|---|---|---|
| 04-28-97 to 05-02-97 | 40.00 hrs LWOP | No earnings |
| 05-05-97 to 05-09-97 | | Received pay for 41.46 hrs |
| 05-12-97 to 05-16-97 | | Received pay for 39.56 hrs |
| 05-19-97 to 05-23-97 | 24 work 16 sick | Received pay for 40.00 hrs |
| 05-27-97 to 05-30-97 | 8 holiday 32 sick | Received pay for 40.00 hrs |
| 06-02-97 to 06-03-97 | 16 sick | Received pay for 16.00 hrs |
| 06-04-97 to 06-15-97 | 72.00 hrs LWOP | No earnings |
| 06-16-97 | 6.00 hrs LWOP | Received pay for 2.00 hrs |
| 06-17-97 to 07-09-97 | 134.00 hrs LWOP | No earnings |
| 07-10-97 to 07-18-97 | | Received pay for 55.01 hrs |
| 07-19-97 to 07-28-97 | | Received pay for 49.51 hrs |
| 07-29-97 to 08-01-97 | 29.50 hrs LWOP | No earnings |
| 08-19-97 to 09-05-97 | 112.00 hrs LWOP | No earnings |
| 09-06-97 to 09-13-97 | 14.69 hrs LWOP | Received pay for 25.31 hrs |

I hope this information is helpful. This information comes from the time sheets. Please let me know if you need any further information.

*Debra L. Brockman*
Debra L. Brockman

c.c.
File

P O BOX [illegible]
JUNEAU, AK [illegible]
(907) [illegible]
Fax (907) [illegible]

*copy sent to Linda Watson; these day off have been due to injury. 10/30/95*

99

EXHIBIT M