IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA, | ) |
|            Plaintiff, | ) Case No. 3:04-cv-00118-JKS<br>)<br>) |
| v. | )<br>) **[PROPOSED] ORDER**<br>) |
| JOHN E. POTTER, | )<br>) |
|            Defendant. | )<br>)<br>) |

Defendant's Motion for Summary Judgment is hereby GRANTED.


Date: _____     _____
                                  James K. Singleton
                                  United States District Court Judge