Gaona v. Potter

Case No. 3:04-cv-00118-JKS

Defendant's Motion for Summary Judgment and Memorandum in Support

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit A | Complaint listing |
| Exhibit B | OFO decision dated February 27, 2004 |
| Exhibit C | EEOC decision dated September 13, 2005 |
| Exhibit D | EEOC decision dated May 10, 2005 |
| Exhibit E | Gaona deposition excerpts |
| Exhibit F | EEOC hearing transcript excerpts |
| Exhibit G | USPS letter dated June 24, 1997 |
| Exhibit H | USPS letter dated January 25, 1997 |
| Exhibit I | USPS letter dated July 10, 1997 |
| Exhibit J | EEO Investigative Affidavit dated September 10, 1998 |
| Exhibit K | EEO Investigative Affidavit dated September 8, 1998 |
| Exhibit L | USPS letter dated November 22, 1997 |
| Exhibit M | USPS letter dated September 19, 1997 |
| Exhibit N | EEO Investigative Affidavit dated December 4, 1998 |