IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>          Defendant. | Case No. A04-114 CV (JKS)<br><br>PROPOSED ORDER |

The parties' joint motion to extend the response and reply dates for the Defendant's Motion for Summary Judgment is hereby granted.

The Response will be filed electronically with a hard copy to follow to the Court and/or the Defendant no later than October 9th 2006 with any reply by Defendant due no later October 30, 2006.

Dated this _____ day of _____, 2006.

_____
The Honorable James K. Singleton
District Court Judge

PROPOSED ORDER-1