Motion for Summary Judgment. This additional time is required because Plaintiff's counsel has requested additional time, which is unopposed, to secure and/or finalize sworn declarations and other evidence located in Juneau Alaska from her office location in Seattle Washington and needs a limited period of time to finalize the pleadings.

The Response would be filed electronically with a hard copy to follow to the Court and/or the Defendant no later than October 9th 2006 with any reply by Defendant due no later October 30, 2006.

Respectfully submitted this 27th day of September, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

*/s/ Richard L. Pomeroy*

RICHARD L. POMEROY
Assistant U.S. Attorney
Attorney for Defendant

And

LAW OFFICE OF PATRICIA S. ROSE

*/s/ Patricia S. Rose*

PATRICIA S. ROSE, WSBA #19046
Attorney for Plaintiff

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the Office of the U.S. Attorney via:
(x) FAX
*/s/ Patricia S. Rose*
Patricia S. Rose

JOINT MOTION TO
MODIFY BRIEFING
SCHEDULE-2