DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

and

LAW OFFICE OF PATRICIA S. ROSE
157 Yesler Way, Suite 503
Seattle, Washington 98104
(206) 622-8964
206) 622-2593 fax
prose83897@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>    Defendant. | Case No. A04-114 CV (JKS)<br><br>JOINT MOTION TO EXTEND DEADLINES ON RESPONSE AND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The parties move to extend the response and reply dates for the Defendant's

JOINT MOTION TO
MODIFY BRIEFING
SCHEDULE-1