NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

and

LAW OFFICE OF PATRICIA S. ROSE
157 Yesler Way, Suite 503
Seattle, Washington 98104
(206) 622-8964
206) 622-2593 fax
prose83897@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>    Defendant. | Case No. 3:04-cv-00118-JKS<br><br>JOINT MOTION TO EXTEND DEADLINES ON RESPONSE AND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The parties move to extend the response and reply dates for the Defendant's Motion for Summary Judgment. This additional time is required because Plaintiff's counsel

JOINT MOTION TO
MODIFY BRIEFING
SCHEDULE-1

has requested additional time, which is unopposed, to secure and/or finalize sworn declarations and other evidence located in Juneau Alaska from her office location in Seattle Washington and because she has experienced technology problems for which she needs a limited period of time to finalize the pleadings.

The Response would be filed electronically with a hard copy to follow to the Court and/or the Defendant no later than October 27th 2006 with any reply by Defendant due no later than November 10th, 2006.

Respectfully submitted this 6th day of October, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

BY:_____

RICHARD L. POMEROY
Assistant U.S. Attorney
Attorney for Defendant

And

LAW OFFICE OF PATRICIA S. ROSE

_____
PATRICIA S. ROSE, WSBA #19046
Attorney for Plaintiff

I declare under penalty of perjury that prior to filing a true and correct copy of the foregoing was sent to the Office of the U.S. Attorney via:

(x) email

_____
Patricia S. Rose

JOINT MOTION TO
MODIFY BRIEFING
SCHEDULE-2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>   Defendant. | Case No. 3:04-cv-00118-JKS<br><br>PROPOSED ORDER |

The parties' joint motion to extend the response and reply dates for the Defendant's Motion for Summary Judgment is hereby granted.

The Response will be filed electronically with a hard copy to follow to the Court and/or the Defendant no later than October 27th 2006 with any reply by Defendant due no later November 10, 2006.

Dated this _____ day of _____, 2006.

_____
The Honorable James K. Singleton
District Court Judge

PROPOSED ORDER-1