LAW OFFICE OF PATRICIA S. ROSE
157 Yesler Way, Suite 503
Seattle, Washington 98104
(206) 622-8964
206) 622-2593 fax
prose83897@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>    Defendant. | Case No. 3:04-cv-00118-JKS<br><br>PLAINTIFF'S MOTION TO EXTEND DEADLINES ON RESPONSE AND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

    Plaintiff moves to extend the response and reply dates for the Defendant's Motion for Summary Judgment. This additional time is required because Plaintiff's counsel has requested additional time, which is unopposed, to secure and/or finalize sworn declarations, prepare a proposed amended complaint to conform that evidence and other review evidence forwarded from Juneau Alaska to her office location in Seattle Washington and because she has experienced technology problems for which she needs a limited

PLTF'S MOTION TO
MODIFY BRIEFING
SCHEDULE-1

period of time to finalize the pleadings.

The Response would be filed electronically with a hard copy to follow to the Court and/or the Defendant no later than November 10th 2006 with any reply by Defendant due no later than December 1 2006.

Respectfully submitted this 3rd day of November, 2006.

           LAW OFFICE OF PATRICIA S.ROSE

           s/ Patricia S. Rose
           PATRICIA S. ROSE, WSBA #19046
           Attorney for Plaintiff
           157 Yesler Way, Suite 503
           Seattle, Washington 98104
           (206) 622-8964 voice
           (206) 622-2593 fax
           email: prose83897@aol.com

I declare under penalty of perjury that prior to filing a true and correct copy of the foregoing was sent to the Office of the U.S. Attorney via:

    (x) email

    s/Patricia S. Rose
    Patricia S. Rose

PLTF'S MOTION TO
MODIFY BRIEFING
SCHEDULE-2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROSA GAONA,

    Plaintiff,

V.

JOHN E. POTTER, Postmaster General,

    Defendant.

Case No. 3:04-cv-00118-JKS

PROPOSED ORDER

Plaintiff's unopposed motion of November 3rd 2006 to extend the response and reply dates for the Defendant's Motion for Summary Judgment is hereby granted.

The Response will be filed electronically with a hard copy to follow to the Court and/or the Defendant no later than November 10, 2006 with any reply by Defendant due no later than December 1st, 2006.

Dated this _____ day of _____, 2006.

_____
The Honorable James K. Singleton
District Court Judge