# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Gaona v. Potter*
Case No. 3:04-cv-00118-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Robin Carter, Case Management: 677-6127*

PROCEEDINGS:    ORDER FROM CHAMBERS

The unopposed motions for extensions of time at **Docket Nos. 39, 40,** and, **41** are **GRANTED**.  The response is due Friday, November 10, 2006 and any reply by Defendant due no later than Friday, December 1, 2006.  **No further extensions will be granted.**

   **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: November 3, 2006

*   ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.