1

2

3

4    **LAW OFFICE OF PATRICIA S. ROSE**
     Patricia S. Rose, WSBA #19046
5    Attorney for Plaintiff
     157 Yesler Way, Suite 503
6    Seattle, Washington 98104
     (206) 622-8964 (phone)
7    (206) 622-2593 (fax)
     Email: prose83897@aol.com
8

9

10              UNITED STATES DISTRICT COURT

11              DISTRICT OF ALASKA

12

| ROSA S. GAONA | No. CV 3:04-CV 00118-JKS |
|---|---|
| Plaintiff, | DECLARATION OF HOWARD ENSOR IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDAN'TS MOTION FOR SUMMARY JUDGMENT OF DISMISSAL |
| v. | |
| JOHN E. POTTER, | |
| Defendant. | |

19       I, HOWARD FRANKLIN ENSOR, am over eighteen years of age

20   and am competent to testify to the following. This statement is based on my

21   personal knowledge, and is true to the best of my recollection and belief.

22
     1.    I, Howard F. Ensor, Jr., am a former employee of the United
23
           States Postal Service in Juneau Alaska. From approximately
24

25   DECLARATION OF HOWARD ENSOR
     IN SUPPORT OF PLAINTIFF'S
26   OPPOSITION TO DEFENDANT'S
     MOTION FOR SUMMARY JUDGMENT-1

1997 until 2002 or 2003, I was employed as a Maintenance Custodian in the Clerk craft. After that and up to April of 2005, I worked as a City Carrier out of the Federal Building.

2.   I first met Rosa Gaona in that last period and was of the understanding that one of my assignments was to carry the mail on a route that Rosa had previously done; it was either Route 3 or Route 5.Rosa had been injured on the job and had to my observations, been out intermittently due to that.

3.   During the entire period I was employed as a Carrier, Stuart Akagi, who was an Assistant Supervisor or 204B, freely made derisive, demeaning, hostile and derogatory comments in my presence regarding women carriers. The subjects of his comments included Rosa Gaona, DeAnne Diamond, Renae Davis, and Jennifer Mason among others. He would generally blast them as incompetent in doing the job as well as questioning whether injuries were legitimate or faked. Rosa was the target of many of these comments but in addition, he also made derogatory comments about her lifestyle (i.e. as a lesbian). He would comment that he did not like her lifestyle.

4.   I also heard Stuart make sexual references to female customers, i.e. about how attractive they were for example or

DECLARATION OF HOWARD
F. ENSOR IN SUPPORT OF
OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT-2

other behavior that I think of as typical guy stuff but would likely offend women and rightly so.

5.  His attitude towards women was pretty sexist. He did not think women were capable of being City Carriers; he had this inflated sense of his own work performance and he was very dismissive and derogatory in his references to the women employees like Rosa or Jennifer Mason, a woman carrier that he was instrumental in having terminated for allegedly not making the grade during her probationary period. However, I and other carriers working with her felt she was progressing as would be expected of a newly recruited carrier. He just imposed a harsher standard on her that we felt was fair given the circumstances and in my observation, her gender was a factor. She certainly put out the same effort or more than others, maintained attendance standards and was as efficient in my observation at casing routes as other new Carriers.

6.  I would call Stuart's behavior as generally intimidating, menacing and belligerent towards women. At times, he acted that way towards me and towards many individuals that he had a personal dislike for but was more so with respect to the females. It was totally more intense. However, there was a definite difference in his respect towards them and how he treated males who were not his buddies. With all of us, he is

DECLARATION OF HOWARD
F. ENSOR IN SUPPORT OF
OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT-3

a big guy who uses his size to his advantage in literally throwing his weight around and I could see how that, plus his temper tantrums, and his verbal abuse and constant undermining of someone like Rosa or Jennifer would get to you on the job. He was much more abusive that way with the women.

7. Stuart Akagi has been the object of many customer complaints and when I did some of the downtown routes that he had served previously, I learned of intimidating and disrespectful behavior towards customers including an 80 year old woman who reported to me that he had demeaned and humiliated her. He even physically assaulted someone yet to my knowledge and to my knowledge he never had consequences or discipline for continual outrageous behavior like that. He was the former Postmaster's son-in-law and that may have been a factor in his favored treatment but gender was also f actor.

8. I have overheard personally many conversations between Mr. Akagi and Susan Johnson, a first line supervisor at the Federal Building station where he went on extended rants and rages about having to do some of Rosa's work, or otherwise put her down in the most disrespectful and demeaning language you can imagine. Specifically, I recall hearing him

DECLARATION OF HOWARD
F. ENSOR IN SUPPORT OF
OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT-4

refer to her with such words as "slacker" and talked about how she was "taking advantage" of situations. i.e. her disability. He talked about how she should not be permitted to come back to work and was just plain mean-spirited about it. He was outright angry about it. His bias was on the surface; he made no bones about and made no attempt to hide it.

9.    I personally saw no behavior on Rosa's part that warranted such incredible hostility, only a legitimate desire to try to do her job and at the same time honor the physical restrictions imposed on her by her doctors. Juneau's central city routes are very strenuous on any one, male and female alike. Injuries were not that uncommon.

10.    During much of this time, in addition to a regular route, I was doing Express Mail, add-ons to other routes and often working 10-12 hour days.. They were adding on extra parts of routes of other carriers to my day because of the volume of mail and things not getting done. In fact, the whole three years I worked as a Carrier, I would say I averaged $17,000 annually just in overtime because of the volume out there.

11.    From that perspective, if management had wanted to assist Rosa in getting back to work as a Carrier, they could have

DECLARATION OF HOWARD
F. ENSOR IN SUPPORT OF
OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT-5

given her some of the work they were paying me OT to do, i.e., the less strenuous aspects of many of the routes, or the Express Mail jobs I was doing at the end of my day. I was not aware of any effort to try to do anything like that. If anything, Susan Johnson seemed to buy into Stuart's attitude towards Rosa and I saw no efforts to work at accommodating her so that she could return to work on a more sedentary assignment.

12. On those times that Rosa did come back to work for various periods of time, in the time frame around 2002 or so, I have also observed Stuart in his interactions with Rosa.. He would just give her big glares, monosyllabic responses to legitimate work-related questions and other wise act in an entirely disrespectful manner to her face. This conduct was radically different than he treated me even when he did not get along with me.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FORGOING IS TRUE AND CORRECT.

Dated at Juneau Alaska this ___11___ day of September 2006.

_____

HOWARD FRANKLIN ENSOR, JR

DECLARATION OF HOWARD F. ENSOR IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT-6