**LAW OFFICE OF PATRICIA S. ROSE**
Patricia S. Rose, WSBA #19046
Attorney for Plaintiff
157 Yesler Way, Suite 503
Seattle, Washington 98104
(206) 622-8964 (phone)
(206) 622-2593 (fax)
Email: prose83897@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ROSA S. GAONA | No. CV 3:04-CV 00118-JKS |
| Plaintiff, | DECLARATION OF WANDA TEMPLE IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF DISMISSAL. |
| v. | |
| JOHN E. POTTER | |
| Defendant. | |

I, WANDA TEMPLE, am over eighteen years of age and am competent to testify to the following. This statement is based on my personal knowledge, and is true to the best of my recollection and belief, as

DECLARATION OF WANDA TEMPLE
IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT-1

refreshed by my review of documents from my OPF and medical files that were sent at my request to assist my recollection.

1.    I am a former employee of the United States Postal Service. I was on the payroll for the Postal Service from August 27 1990 until I applied for disability retirement in November 1995 although for much of the last two years of my employment, I was on leave without pay because of the situations described below. Exhibit 1 to this declaration are true and correct copies of some of my attendance records from my files from the Postal Service for 1994 to 1995.

2.    I was employed in Juneau Alaska as a Distribution Clerk at the Mendenhall station. Exhibit 2 to this declaration is a true and correct copy of the job description for Distribution Clerk that was used by various physicians in evaluating my ability to work. As a result primarily my back problems, and their aggravation by my pregnancies, I went through various evaluations of my fitness for duty because of my restrictions as described below.

3.    During the course of my employment with the Post Office, I also had a number of different accidents and injuries including a serious injury to my back from a spinal fracture. I also had a prior history of chronic back pain and also migraine headaches. Each year during the winter, I had at least one slip and fall and indeed fell in the parking lot in the fall of 1995 due to ice.

DECLARATION OF WANDA
TEMPLE  IN SUPPORT OF GAONA
OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT-2

4.    In the fall of 1995,  I was on crutches and unable to do significant portions of my former duties because of the spinal fracture. Exhibit 3 to this declaration are true and correct copies of the some of the restrictions that I was initially placed under in the period between 1994 and fall of 1995 that were provided to the Post Office. .

5.    Exhibit 4 to this declaration are true and correct copies of various letters from my physician regarding my situation and condition during much of this time as well. As reflected in the restriction and duty status reports, I was originally projected to be able to return to full duty in March of 1996. See Exhibit 3 to this declaration.

6.    Postmaster Donaghey wrote to the Post Office's Occupational Nurse in Anchorage indicating that he was willing to look into light duty assignments for me but that with my extensive restrictions, it might be difficult to find eight hours of work. Exhibit 5 is a copy of  that correspondence.

7.    Ultimately, even the Post Office's contract physician did an evaluation, see Exhibit 6, in August of 1995, and later their own doctors concluded that my restrictions were likely to be permanent and that reasonable accommodation of them was not possible. Exhibit 7 is a true and correct copy of that letter. `` 

8.    During none of this period did I feel like the Post Office was putting pressure on me to return to work outside of my restrictions or

DECLARATION OF WANDA
TEMPLE  IN SUPPORT OF GAONA
OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT-3

1  ignoring my need to off work or treating me as AWOL. Throughout this

2  time, I was working with Mary Jordan, who was the Personnel Clerk, who

3  was taking steps to help me as best as she could. Exhibit 8 are true and

4  correct copies of some of her and the Postmaster's correspondence that I

5  have obtained when I asked for my OPF and other files. I applied for and

6  did receive workers' compensation for some of the time off. I was never

7  told that my job was at risk, threatened with discipline or discharge, or told

8  that I was going to be removed because of my inability to work due to my

9  medical conditions. As indicated in Exhibit 8, the Postmaster outlined my

10  options for me in writing.

11

12  9.    Ultimately, Postmaster Dongahey even supported my

13  application for disability retirement which was granted in March of 1997

14  after being initially denied in April of 1996. Exhibit 9 are true and correct

15  copies of the documents he submitted as part of that application from

16  Postmaster Donaghey. Ultimately, I even got a letter and Certificate of

17  Appreciation for my service. Exhibit 10 is a true and correct copy of those

18  documents.

19  10.   During much of this period, I received medical treatment

20  from some of the same health care organizations as I later learned Rosa

21

22

23

24

25  DECLARATION OF WANDA
   TEMPLE  IN SUPPORT OF GAONA
26  OPPOSITION TO DEFENDANT'S
   MOTION FOR SUMMARY JUDGMENT-4

1

2
3      Gaona had. I still do not know why the Postal Service was apparently so
4      uncooperative with her and resisted dealing with her medical problems,
5      particularly after she fell in a parking lot just like I did in approximately the
6      same time period.

7

8

9          I DECLARE UNDER PENALTY OF PERJURY UNDER THE
10     LAWS OF THE UNITED STATES THAT THE FORGOING IS TRUE
       AND CORRECT.
11

12

13

14         Dated at Juneau Alaska this _____ day of November 2006.
15

16

17     _____-
18                WANDA TEMPLE
19

20

21

22

23

24

25     DECLARATION OF WANDA
       TEMPLE IN SUPPORT OF GAONA
26     OPPOSITION TO DEFENDANT'S
       MOTION FOR SUMMARY JUDGMENT-5

Gaona had. I still do not know why the Postal Service was apparently so uncooperative with her and resisted dealing with her medical problems, particularly after she fell in a parking lot just like I did in approximately the same time period.


        I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FORGOING IS TRUE AND CORRECT.



Dated at Juneau Alaska this ___9___ day of November 2006.


WANDA TEMPLE

DECLARATION OF WANDA TEMPLE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOITION FOR SUMMARY JUDGMENT-5

EXHIBIT NO. 1

# Absence Analysis

Employee Name: T_MPLE, WANDA    Employee ID: 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    Pay Location: 002

**Leave Year 1995**      *Instructions*

Using the codes below, and the hours involved, post current and previous quarters. Precede code with letter "U" when absence is recorded as unscheduled on Form 3971. Post additional quarters if circumstances warrant. This form may also be used on an ongoing basis. On the reverse of this form, the employee's supervisor records attendance-related actions; e.g., review of attendance, commendations, restricted sick leave, Letters of Warning, suspensions, etc.

| | | |
|---|---|---|
| Absent from Schedule OT | AOT* | |
| Absent Without Leave | AWOL* | |
| Annual Leave | AL | |
| Annual Leave in Lieu of SL | SAL* | |
| Administrative Leave | ADL | |
| Continuation of Pay | COP* | |

| | |
|---|---|
| Court Leave | CL |
| Emergency AL | EAL* |
| Holiday Leave | H |
| Late Reporting | L* |
| Leave Without Pay | LWOP |
| LWOP in Lieu of SL | SWOP* |

| | |
|---|---|
| Military Leave | ML |
| Sick Leave | SL |

*Note: These are not separate leave categories, but a distinction is made for the purpose of analysis.

| No. | From (Date) | To (Date) | Sat | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Sun | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Week 1** | | | | | | | **Week 2** | | | | | | |
| 1 | Dec. 24 | Jan. 6 | 24 | H 25 | 26 H | 2 27 SWOP | 2 28 SWOP | 2 29 SWOP | 2 30 SWOP | 35 31 SWOP | H 1 | 2 H | 8 3 UWOP | 8 4 SWOP | 3 95 5 SWOP | 8 6 SWOP |
| 2 | Jan. 7 | Jan. 20 | 2 7 SWOP | 8 | 2 9 SWOP | 2 10 SWOP | 2 11 SWOP | 2 12 SWOP | 13 | 35 14 SWOP | 15 | H 16 | 8 17 USWOP | 8 18 SWOP | 8 19 SWOP | 20 |
| 3 | Jan. 21 | Feb. 3 | 12 21 SWOP | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | Feb. 4 | Feb. 17 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 5 | Feb. 18 | Mar. 3 | 18 | 19 | H 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 1 | 2 | 3 |
| 6 | Mar. 4 | Mar. 17 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 7 | Mar. 18 | Mar. 31 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 8 | Apr. 1 | Apr. 14 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 9 | Apr. 15 | Apr. 28 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 10 | Apr. 29 | May 12 | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 11 | May 13 | May 26 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 12 | May 27 | June 9 | 27 | 28 | H 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 13 | June 10 | June 23 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 14 | June 24 | July 7 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 | 3 | H 4 | 5 | 6 | 7 |
| 15 | July 8 | July 21 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |

EXHIBIT NO. _____

*(Employee's Name)*

| No. | Pay Period From *(Date)* | To *(Date)* | Week 1 Sat | Sun | Mon | Tue | Wed | Thur | Fri | Week 2 Sat | Sun | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | July 23 | Aug. 5 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 17 | Aug. 6 | Aug. 19 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | |
| 18 | Aug. 20 | Sept. 2 | 20 | 21 | 22 8 | 23 8 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| | | | | | | USWOP | SWOP | | | | | | | | | |
| 19 | Sept. 3 | Sept. 16 | 3 | 4 H | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 SWOP | 15 SWO | |
| 20 | Sept. 17 | Sept. 30 | 17 SWOP | 18 | 19 SWOP | 20 SWOP | 21 | 22 SWOP | 23 SWOP | 24 SWOP | 25 | 26 SWOP | 27 SWOP | 28 | 29 SWOP | 30 SW |
| 21 | Oct. 1 | Oct. 14 | 1 SWOP | 2 | 3 SWOP | 4 SWOP | 5 | 6 SWOP | 7 SWOP | 8 SWOP | 9 H | 10 SWOP | 11 SWOP | 12 | 13 SWOP | 14 SW |
| 22 | Oct. 15 | Oct. 28 | 15 SWOP | 16 | 17 SWOP | 18 SWOP | 19 4 | 20 4 | 21 4 | 22 4 | 23 4 | 24 4 | 25 | 26 4 | 27 4 | |
| | | | | | | | | | SWOP | | SWOP | SWOP | | SWOP | SW | |
| 23 | Oct. 29 | Nov. 11 | 29 4 | 30 4 | 31 4 | 1 4 | 2 4 | 3 4 | 4 4 | 5 | 6 4 | 7 4 | 8 4 | 9 4 | 10 H | |
| | | | SWOP | SWOP | SWOP | SWOP | SWOP | | | | SWOP | SWOP | SWOP | SWOP | | |
| 24 | Nov. 12 | Nov. 25 | 12 4 | 13 4 | 14 4 | 15 4 | 16 | 17 4 | 18 | 19 | 20 4 | 21 4 | 22 4 | 23 H | 24 4 | |
| | | | SWOP | SWOP | SWOP | SWOP | | SWOP | | | SWOP | SWOP | SWOP | | SW | |
| 25 | Nov. 26 | Dec. 9 | 26 4 | 27 8 | 28 8 | 29 4 | 30 4 | 1 4 | 2 | 3 4 | 4 2 | 5 2 | 6 2 | 7 2 | 8 2 | |
| | | | SWOP | SWOP | SWOP | SWOP | SWOP | | | SWOP | SWOP | SWOP | SWOP | SW | | |
| 26 | Dec. 10 | Dec. 23 | 10 2 | 11 8 | 12 8 | 13 2 | 14 2 | 15 2 | 16 | 17 2 | 18 2 | 19 8 | 20 8 | 21 | 22 | |
| | | | SWOP | SWOP | SWOP | SWOP | SWOP | | | SWOP | SWOP | SWOP | SWOP | | | |

| Attendance Related Actions & Dates *(See Instructions)* | Reviewing Supervisor's Comments, Signature & Date | |
|---|---|---|
| | Jan. | |
| | Feb. | |
| | March | |
| | April | |
| | May | |
| | June | |
| | July | |
| | Aug. | |
| | Sept. | |
| | Oct. | |
| | Nov. | |
| | Dec. | |

**U.S. Postal Service**

**Absence Analysis** | Employee: TEMPLE, WANDA K | 157428 9326 | Pay Location 002

Leave Year 1994

*Instructions*

Using the codes below, and the hours involved, post current and previous quarters. Precede code with letter "U" when absence is recorded as scheduled on Form 3971. Post additional quarters if circumstances warrant. This form may also be used on an ongoing basis. On the reverse of this form, the employee's supervisor records attendance-related actions; e.g., review of attendance, commendations, restricted sick leave, Letters of Warning, suspensions, etc.

| | | | |
|---|---|---|---|
| Absent from Schedule OT | AOT* | Court Leave CL | Military Leave ML |
| Absent Without Leave | AWOL* | Emergency AL EAL* | Sick Leave SL |
| Annual Leave | AL | Holiday Leave H | *Note: These are not separate leave |
| Annual Leave in Lieu of SL | SAL* | Late Reporting L* | categories, but a distinction is made |
| Administrative Leave | ADL | Leave Without Pay LWOP | for the purpose of analysis. |
| Continuation of Pay | COP* | LWOP in Lieu of SL SWOP* | |

| | Pay Period | | Week 1 | | | | | | | Week 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | From (Date) | To (Date) | Sat | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Sun | Mon | Tue | Wed | Thur | Fri |
| 1 | Dec. 25 | Jan. 7 | H 25 | 26 | 27 | 28 | 29 | 30 | 31 | H 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 2 | Jan. 8 | Jan. 21 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | H 17 | 18 | 19 | 20 | 21 |
| 3 | Jan. 22 | Feb. 4 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 4 | Feb. 5 | Feb. 18 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 5 | Feb. 19 | Mar. 4 | 19 | 20 | H 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 8 1 SL | 8 2 SL | 2⁰⁴ 3 SL | 4 |
| 6 | Mar. 5 | Mar. 18 | 5 | 6 | 7 | 8 | 9 | 04 10 AL | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 2¹¹ 18 USL |
| 7 | Mar. 19 | Apr. 1 | 8 19 SL | 20 | 5¾ 21 SLN ASL | 8 22 SAL | 8 23 SAL | 24 | 8 25 SAL | 8 26 | 27 | 8 28 SAL | 8 29 SAL | 8 30 SAL | 31 | 8 1 SAL |
| 8 | Apr. 2 | Apr. 15 | 4⁰⁰ 2 S/c 4⁰⁰ SAL | 3 | 8 4 SAL | 8 5 SAL | 8 6 SAL | 7 | 8 8 SAL | 8 9 SAL | 10 | 8 11 SAL | 8 12 SAL | 8 13 SAL | 14 | 8 15 SAL |
| 9 | Apr. 16 | Apr. 29 | 8 16 SL | 17 | 8 18 SL | 8 19 SL | 8 20 SL | 21 | 8 22 SL | 8 23 | 24 | 8 25 SL | 8 26 SL | 8 27 SL | 28 | 8 29 SL |
| 10 | Apr. 30 | May 13 | 8 30 SL | 1 | 8 2 SL | 8 3 SL | 8 4 SL | 5 | 8 6 SC | 8 7 SC | 8 | 8 10 SL | 8 11 SL | 8 SL | 12 | 8 13 SL |
| 11 | May 14 | May 27 | 8 14 SL | 15 | 8 16 SL | 8 17 SL | 8 18 SL | 19 | 8 20 SL | 8 21 SL | 22 | 8 23 SL | 8 24 SL | 8 25 SL | 26 | 8 27 SL |
| 12 | May 28 | June 10 | 8 28 SL | 29 | H 30 | 8 31 SL | 8 1 SC | 2 | 8 3 SL | 8 4 SL | 5 | 8 6 SC | 8 7 SC | 8 8 SC | 9 | 8 10 SC |
| 14 | June 11 | June 24 | 8 11 SL | 12 | 8 13 SL | 8 14 SL | 8 15 SL | 16 | 8 17 SC | 8 18 SL | 19 | 8 20 SL | 8 21 SL | 8 22 SL | 23 | 8 24 SC |
| 1 | June 25 | July 8 | 8 25 SL | 8 26 SL | 8 27 SL | 28 | 8 29 SL | 30 | 8 1 SL | 8 2 SL | 8 3 | H 4 | 8 5 SL | 8 6 SL | 7 | 8 8 8C |
| 15 | July 9 | July 22 | 9 | 2⁰⁴ 10 SWOP | 2⁰⁸ 11 SWOP | 4⁰⁵ 12 SWOP | 8 13 SWOP | 8 14 SWOP | 8 15 SWOP | 8 16 | 17 | 2¹⁸ 18 SWOP | 4⁰⁰ 19 SWOP | 20 | 2¹⁵ 21 SWOP | |

PS Form **3972**, November 1993

EXHIBIT NO. 2

### City or Special Carrier—Level 5 (2310-01)
### Distribution Clerk—Level 5 (2315-04)
### Post Office Clerk—Level 3 (2340-04)
### Special Delivery Messenger—Level 5 (2310-53)

Document Date: November 30, 1987

## Function

A City or Special Carrier or a Special Delivery Messenger is responsible for the prompt and efficient delivery and collection of mail on foot or by vehicle under varying conditions in a prescribed area within a city. As representatives of the Postal Service, these employees maintain pleasant and effective public relations with customers. This requires a general familiarity with postal regulations and procedures commonly used and with the geography of the city.

A Distribution Clerk separates mail in a post office, terminal, airmail facility, or other postal facility, in accordance with established schemes, including incoming and/or outgoing mail.

A Post Office Clerk sorts incoming and dispatches outgoing mail for a small number of points of separation and destination; provides a limited number of services at public windows in an office with fewer than 190 revenue units annually.

## Description of Work

See Handbook EL-201 (P-1), *Standard Position Descriptions*, for the occupation codes given above.

1. Clerks sort and distribute mail to post offices and to carrier routes in accordance with established schemes. They may also perform a variety of services at public windows of post offices, post office branches, or stations. They perform related duties as assigned. The work involves continuous standing, stretching, and reaching. Clerks may be required to handle heavy sacks of letter mail or parcel post weighing up to 70 pounds.

2. Carriers and Special Delivery Messengers are responsible for the prompt and efficient delivery and collection of mail on foot or by vehicle under varying conditions in a prescribed area or on various routes. They may be required to drive motor vehicles in all kinds of traffic and road conditions and to deliver parcel post from trucks and make collections of mail from various boxes or other locations. They may be required to carry mail in shoulder satchels weighing as much as 35 pounds and to load and unload sacks of mail weighing up to 70 pounds. They must serve in all kinds of weather.

## Qualification Requirements

No experience is required. All competitors must take Postal Service Test 440. The test subjects will be of the following types: (1) memory for addresses and (2) address checking. Competitors will be rated on the written examination on a scale of 100 and must attain a rating of at least 70.

## Physical Requirements

A physical examination will be required before appointment. The examination must show that the:

1. Applicants are physically able to perform efficiently the duties of the position which require arduous exertion involving prolonged standing, walking, and reaching, and may involve the handling of



STD POSITION DESCRIPTION                                    U. S. Postal Service

## DISTRIBUTION CLERK,  PS-05

**FUNCTIONAL PURPOSE**

Separates mail in a post office, terminal, airport mail facility or other postal facility in accordance with established schemes, including incoming or outgoing mail or both.

**DUTIES AND RESPONSIBILITIES**

1. Makes primary and one or more secondary distributions of incoming mail by delivery point, (classified or contract station or branch or other delivery unit, general delivery, lockboxes, rural, highway contract route, or city carrier route) based on a knowledge of the distribution scheme.

2. Makes primary and one or more secondary distributions of outgoing mail for dispatch (for example, by city, state, or region) based on a knowledge of the distribution scheme.

3. Performs other duties as assigned, including maintaining records of mails; examining balances in advance deposit accounts; facing and cancelling mail; tieing mail and inserting facing slips; opening and dumping pouches and sacks; operating cancelling machines; recording and billing mail (c.o.d., registered) requiring special service; and providing service at public windows.



**SUPERVISION**

Supervisor, Mails; or other designated supervisor.

**SELECTION METHOD**

Senior Qualified

**BARGAINING UNIT**

CLERK

**KEY POSITION REFERENCE**

KP-0012

Involves lifting, twisting, bending, and stooping.to reach mail in hampers, tubs, carts, etc. Trays of mail can weigh 17 - 21 lbs. Sacks can weigh up to 70 lbs. Mail is sorted by using a rest bar (see picture) leaning at distribution case.  Involves reaching above head to reach all levels of distribution case.

(End of Document)

EXHIBIT NO. 3

_WANDA TEMPLE_
EMPLOYEE _____ JOB TITLE _____ SOCIAL SECURITY NUMBER _574 28-9326_

The employee above is under my care and;

(a) has been/will be totally incapacited from * ANY TYPE WORK from _9/19/94_ to _unknow_
inclusive;
    DATE                DATE

(b) has been/will be unable to perform full duties from _9/19/94_ to _unknown_ inclusive.
    DATE                DATE

_Chronic Low Back Pain, Spondylolisthesis grade 1, Sacro_
DIAGNOSIS _ilitis_

The following treatment was required; _Exercises, PT, anti inflam t. m. Relaxa_
_→ bedrest → now more aggressive Rehab_

Diagnostic tests (including results) were as follows; _Xray_

she/he is currently receiving the following medications/and is experiencing the following side effects; _____
① _Ammitriptyline — dry mouth, sedation, dizzy possib_
② _Ibuprofen_   ③ _tylenol_

The following additional factors/symptoms may effect job performance/safety; _____

Prognosis for recovery and return to full duties is (circle one) poor/fair/**good**/excellent, however the following
restriction (on reverse) of physical activities should be observed for a period of _til Reval. Nov_
                                                                    DAYS/WEEKS

Return to full duty is expected on _Nov. 21 94_.      Employee advised of above on _____
_time_              DATE                                                        DATE

                                            _10/17/94_ _DWanta_
                                                        PHYSICIANS SIGNATURE

Recheck scheduled on _11/16/94_ at _1130 am_                _SEARHC_
                     Date      Time                          ADDRESS

THE US POSTAL SERVICE WILL ATTEMPT TO ACCOMODATE
NY ILL OR INJURED EMPLOYEE WITH WORK RESTRICTIONS.
LEASE HELP OUR EMPLOYEES CONSERVE THEIR SICK LEAVE.

THANK YOU!

PHONE

RECEIVED
OCT 18 1994

U. POSTAL SERVICE
141 POSTMARK DRIVE
ANCHORAGE, AK  99502-9998

# WORK RESTRICTION EVALUATION

EMPLOYEE'S NAME (FIRST, MIDDLE, LAST)

*WANDA K TEMPLE*

CHECK THE FREQUENCY AND NUMBER OF HOURS A DAY THE EMPLOYEE IS ABLE TO DO THE FOLLOWING SPECIFIC TYPES OF ACTIVITIES:

| ACTIVITY | FREQUENCY | | NUMBER OF HOURS A DAY | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | CONTINUOUS | INTERMITENT | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| SITTING | | ✓ | | | | | ✓ | | | | | |
| WALKING | | ✓ | | | | | ✓ | | | | | |
| LIFTING | < 10 lbs | ✓ | | | | | ✓ | | | | | |
| BENDING | | ✓ | | | | | ✓ | | | | | |
| SQUATTING | | ✓ | | | | | ✓ | | | | | |
| CLIMBING | | ✓ | | | | | ✓ | | | | | |
| KNEELING | | ✓ | | | | | ✓ | | | | | |
| TWISTING | | ✓ | | | | | ✓ | | | | | |
| STANDING | | ✓ | | | | | ✓ | | | | | |

CHECK LIFTING RESTRICTIONS:

[X] 0-10 lbs   [ ] 10-20 lbs   [ ] 20-35 lbs   [ ] 35-50 lbs   [ ] 50-70 lbs   [ ] 70 lbs & above

CAN THE EMPLOYEE OPERATE A CAR, TRUCK OR ANY OTHER MOTOR VEHICLE? [X] YES   [ ] NO

HAND RESTRICTIONS? [ ] NO [ ] YES (check a, b and c below)

A. Simple grasping?   [X] NO   [ ] YES
B. Pushing & Pulling?   [X] NO   [ ] YES
C. Fine manipulation?   [X] NO   [ ] YES

CAN THE EMPLOYEE REACH ABOVE THE SHOULDER?

[ ] NO   [X] YES

ARE THERE ANY CARDIAC, VISUAL OR HEARING LIMITATIONS?

[X] NO   [ ] YES (Describe in remarks below)

CAN THE EMPLOYEE WORK EIGHT HOURS A DAY? IF NOT EIGHT HOURS, HOW MANY & WHEN?

[ ] YES   [X] NO (Indicate when): *4 hrs — will reevaluate @ next week visit*

ARE THERE ANY RESTRICTIONS CONCERNING HEAT, COLD, DAMPNESS, NOISE, DUST, FUMES OR GASES?

[X] NO   [ ] YES (Describe under remarks)

ARE THESE RESTRICTIONS PERMANENT?   [ ] YES   [X] NO (Indicate when improvement is expected):

REMARKS:   (On above or other restrictions, medications, etc.)

*D Wanta
MD
11/8/94*

PRINTED NAME AND ADDRESS:

RECEIVED
NOV 1 3 1994
BY OWCA

SIGNATURE:

DATE:

DUTY STATUS REPORT

WANDA TEMPLE
EMPLOYEE                                        JOB TITLE

SOCIAL SECURITY NUMBER
5 7 4 28 9326

The employee above is under my care and:

(a) has been/will be totally incapacited from * ANY TYPE WORK from _____ to _____ inclusive;

DATE          DATE

(b) has been/will be unable to perform full duties from mid Oct to _____ inclusive.

DATE          DATE

---

## DIAGNOSIS

The following treatment was required: _Referred for physical Therapy_

Diagnostic tests (including results) were as follows: _None_

she/he is currently receiving the following medications/and is experiencing the following side effects; _Amitriptyline 25mg qhs_

The following additional factors/symptoms may effect job performance/safety; _____

Prognosis for recovery and return to full duties is (circle one) poor/fair/good/excellent, however the following restriction (on reverse) of physical activities should be observed for a period of _____

DAYS/WEEKS

Return to full duty is expected on _____          Employee advised of above on _____

DATE                          DATE

Recheck scheduled _____ at _____          PHYSICIANS SIGNATURE
                    Date      Time

ADDRESS _____

* THE US POSTAL SERVICE WILL ATTEMPT TO ACCOMODATE
ANY ILL OR INJURED EMPLOYEE WITH WORK RESTRICTIONS.
PLEASE HELP OUR EMPLOYEES CONSERVE THEIR SICK LEAVE.

PHONE _____

THANK YOU!

RECEIVED
NOV 1 2 1991
BY OHNA

_WANDA TEMPLE_ _____    _5742 89326_
EMPLOYEE                JOB TITLE            SOCIAL SECURITY NUMBER

The employee above is under my care and;

a) has been/will be totally incapacited from * **ANY TYPE WORK** from _____ to _7/28/95_
                                                                    DATE              DATE
inclusive;

b) has been/will be unable to perform full duties from _____ to _7/28/95_ inclusive.
                                                            DATE              DATE

_Preterm ~~Full~~ Pregnancy Delivered_ _____
                        DIAGNOSIS

The following treatment was required; _Delivery of preterm infant_ _____

Diagnostic tests (including results) were as follows; _____

She/he is currently receiving the following medications/and is experiencing the following side effects; _____
_None_

The following additional factors/symptoms may effect job performance/safety; _____
_Chronic back pain_

Prognosis for recovery and return to full duties is (circle one) poor/fair/**good**/excellent, however the following
restriction (on reverse) of physical activities should be observed for a period of _6 wks off_
                                                                            DAYS/WEEKS

Return to full duty is expected on _7/29/95_    Employee advised of above on _7/16/95_
                                DATE                                        DATE

_mmm_
PHYSICIANS SIGNATURE

_3245 Hospital Dr_
Recheck scheduled on _7_ at _____    ADDRESS _Juneau_
                    Date    Time        _907-463-4000_
                                        PHONE

**THE US POSTAL SERVICE WILL ATTEMPT TO ACCOMODATE**
**ANY ILL OR INJURED EMPLOYEE WITH WORK RESTRICTIONS.**
**PLEASE HELP OUR EMPLOYEES CONSERVE THEIR SICK LEAVE.**

THANK YOU!

# Work Restriction Evalua~~tion~~

US Postal S~~ervice~~
4141 Postmark Drive
Anchorage, AK 99599-9998

15 1995

OHNA ANCHOR

---

**1. (First, Middle, Last)**   WANDA K TEMPLE    **2. Date of Birth**   1-26-57

**3.** The above employee is under my care and;
(a) will be totally incapacitated from work (dates) _____ to _____
  Prognosis for recovery and return to full duties is (circle one) poor/ fair/good/excellent (if applicable, skip to item #17)

(b) will require modified duties (dates) 10/15/95 to 12/15/95
  (If applicable, please complete remainder of form.)
  Date of expected return to full duty 3/1/96

**4. Diagnosis** spinal fracture (L) fibula; chronic lumbar pain   **4a. Date of Surgery** 10/18/95

**5. Can the individual work eight hours a day?**   ☒ Yes   ☐ No   **5a. If not eight hours, how many?**

**6. Can the individual work overtime?**   ☒ Yes   ☐ No   **6a. If yes, maximum number of overtime hours?**   2 hrs

**7. Activity Type** - Check the frequency and number of hours a day the worker is able to do the following specific types of activities. Continuous activities are performed for 2/3 of the workday; intermittent activities performed 1/3 or less.

|  | CONTINUOUS | INTERMITTENT | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SITTING |  | ✓ |  |  |  |  |  |  |  |  | ✓ |  |
| WALKING | ✓ |  |  |  |  |  |  |  |  |  | ✓ |  |
| LIFTING |  | ✓ |  |  |  |  |  |  |  |  | ✓ |  |
| BENDING |  | ✓ |  |  |  |  |  |  |  |  | ✓ |  |
| TWISTING |  | ✓ |  |  |  |  |  |  |  |  |  |  |
| STANDING | ✓ |  |  |  |  |  |  |  |  |  |  | ✓ |
| KEYBOARDING | ✓ |  |  |  |  |  |  |  |  |  |  |  |

**\*\*PLEASE BE SPECIFIC AS TO WHICH EXTREMITY RESTRICTIONS APPLY\*\***

**8.** Please check the appropriate lifting limitation.    **8a. Pushing/Pulling**
☐ 0-10 lb.   ☒ 10-20 lb.   ☐ 20-50 lb.   ☐ 50-70 lb.   ☐ No restriction    ☐ yes   ☒ no

**9.** Are there any Hand Restrictions? If yes, explain   no

**10.** Can the worker reach or work above the shoulder?   ☒ Yes   ☐ No

**11.** Can the worker operate a car, electric tug, or other type of motor vehicle?   ☒ Yes   ☐ No

**12.** Are there cardiac, visual, or hearing limitations?   ☐ Yes   ☒ No

**13.** Are there restrictions concerning cold, dampness, height, temperature changes, or exposure to dust/gas fumes?   no

**14.** Are interpersonal relations affected because of a neuro-psychiatric condition?   ☒ No ☐ Yes (Describe)

**15.** Are there restrictions from medication or other factors that may effect job safety or work performance?   no

**16.** Date of next medical appointment   11/8/95

**17. Physician Name (Printed)**   _____    **18. Physician Signature** _____

SEARHC MEDICAL/DENTAL CLINIC
3245 Hospital Drive   **19. Telephone Number**   **20. Date** 11/8/95
**18. Address**   Juneau, Alaska 99801

RESTRICTIONS EXPIRE IN 30 DAYS -- NEW FORM MUST BE COMPLETED PRIOR TO EXPIRATION FOR NEXT LIGHT DUTY PERIOD

_WANDA K TEMPE_ _____    _574289326_
EMPLOYEE                JOB TITLE                SOCIAL SECURITY NUMBER

ٻe employee above is under my care and;

) has been/will be totally incapacited from * ANY TYPE WORK from _____ to _____
ٻclusive;                                            DATE            DATE

) has been/will be unable to perform full duties from _10/15/95_ to _12/15/95_ inclusive.
                                                          DATE            DATE

Spiral fracture (L) fibula _____
                        DIAGNOSIS

RECEIVED
15 1995
OHNA-ANCH

ٻe following treatment was required; __Surgical fixation__

ٻagnostic tests (including results) were as follows; __X rays__

_____

ٻe/he is currently receiving the following medications/and is experiencing the following side effects; __
Tylox , some sleepiness

_____

ٻe following additional factors/symptoms may effect job performance/safety; _____

_____

ٻgnosis for recovery and return to full duties is (circle one) poor/fair/good/excellent, however the followin
ٻstriction (on reverse) of physical activities should be observed for a period of _12_
                                                            DAYS/WEEKS

ٻturn to full duty is expected on _3/1/96_ .    Employee advised of above on _10/15/95_
                        DATE                                        DATE

ٻcheck scheduled on _11/8/95_ at _____
                Date        Time

PHYSICIANS SIGNATURE

SEARHC MEDICAL/DENTAL CLINIC
ADDRESS 3245 Hospital Drive
Juneau, Alaska 99801

_463-4040_
PHONE

THE US POSTAL SERVICE WILL ATTEMPT TO ACCOMODATE
ٻY ILL OR INJURED EMPLOYEE WITH WORK RESTRICTIONS.
ٻEASE HELP OUR EMPLOYEES CONSERVE THEIR SICK LEAVE.

THANK YOU!

# Work Restriction Evaluation

US Postal Service
4141 Postmark Drive
Anchorage, AK 99599-9998

1. (First, Middle, Last) _WANDA K TEMPLE_    2. Date of Birth _1-26-57_

3. The above employee is under my care and;
   (a) will be totally incapacitated from work (dates) _10/15/95_ to _Present_
   Prognosis for recovery and return to full duties is (circle one) poor/ fair/good/excellent (if applicable, skip to item #17)

   (b) will require modified duties (dates) _11/7/95_ to _12/30/95_
   (If applicable, please complete remainder of form.)
   Date of expected return to full duty _12/31/95_ Estimated

4. Diagnosis _Fx Lateral Malleolus ® Ankle_    4a. Date of Surgery _10/18/95_

5. Can the individual work eight hours a day?    5a. If not eight hours, how many?
   ☐ Yes    ☑ No _Intermit_    _desk work_

6. Can the individual work overtime?    6a. If yes, maximum number of overtime hours?
   ☐ Yes    ☑ No

7. **Activity Type -** Check the frequency and number of hours a day the worker is able to do the following specific types of activities. Continuous activities are performed for 2/3 of the workday; intermittent activities performed 1/3 or less.

| | CONTINUOUS | INTERMITTENT | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SITTING | ✓ | | | ✓ | | | | | | | | |
| WALKING | | ✓ | | | | | | | | | ✓ | |
| LIFTING | | ✓ | | | | | | | | | | |
| BENDING | ✓ | | | | | | | | | | | |
| TWISTING | ✓ | | | | ✓ | | | | | | | |
| STANDING | | | | | ✓ | | | | | | ✓ | |
| KEYBOARDING | ✓ | | | | | | | | | | | |

**\*\*PLEASE BE SPECIFIC AS TO WHICH EXTREMITY RESTRICTIONS APPLY\*\***

8. Please check the appropriate lifting limitation.    8a. Pushing/Pulling ☑ yes ☐ no
   ☐ 0-10 lb.    ☑ 10-20 lb.    ☐ 20-50 lb.    ☐ 50-70 lb.    ☐ No restriction

9. Are there any Hand Restrictions? If yes, explain _No_

10. Can the worker reach or work above the shoulder? ☑ Yes ☐ No

11. Can the worker operate a car, electric tug, or other type of motor vehicle? ☑ Yes ☐ No

12. Are there cardiac, visual, or hearing limitations? ☐ Yes ☑ No _Not from orthopaedic standpoint_

13. Are there restrictions concerning cold, dampness, height, temperature changes, or exposure to dust/gas fumes? _No_

14. Are interpersonal relations affected because of a neuro-psychiatric condition? _Not from orthopaedic standpoint_
    ☑ No ☐ Yes (Describe)

15. Are there restrictions from medication or other factors that may effect job safety or work performance?
    _12/4/95    No_

16. Date of next medical appointment. _12/4/95_    18. Physician Signature _Jon Reiswig, M.D._

17. Physician Name (Printed)
    JON A. REISWIG, M.D., A.P.C.
    ORTHOPAEDIC SURGEON
    3231 GLACIER HIGHWAY    19. Telephone Number    20. Date

_WANDA K TEMPE_                                        _574289526_
EMPLOYEE                    JOB TITLE                  SOCIAL SECURITY NUMBE

he employee above is under my care and;

a) has been/will be totally incapacited from * ANY TYPE WORK from _10/15/95_ to _present_
iclusive;                                                        DATE              DATE

b) has been/will be unable to perform full duties from _11/7_ to _12/30/95_ inclusive.
                                                        DATE        DATE

_fx Lateral Malleolus (Lt) Ankle_                       LU   15 1995
_____
                    DIAGNOSIS                           OHNA-ANCHORAGE

he following treatment was required; _ORIF (Lt) Ankle_

_Casting, X-rays, Crutches_

iagnostic tests (including results) were as follows; _Xrays - initially +_

_+to Flu healing fx_

he/he is currently receiving the following medications/and is experiencing the following side effects;
_Tylox   - No known Side effects - given_

_10/21/95_

he following additional factors/symptoms may effect job performance/safety; _Pt. using_
_Crutches. Allowed touch down weight on Lt foot_  Needs to continu
                                                  = elevation x 3
_will need Crutch ambulation for 6 more weeks restricted wks_
rognosis for recovery and return to full duties is (circle one) poor/fair/good/(excellent) however the follov
striction (on reverse) of physical activities should be observed for a period of _6-8 wk_
_Desk work only allowed at the time_                    DAYS/WEEKS
eturn to full duty is expected on _1 Jan 96_.    Employee advised of above on _____
                                DATE                                        DATE

                                                        _Jon Reiswig MD_
                                                        PHYSICIANS SIGNATURE
                                                        _Jon G Reiswig M.D._
echeck scheduled on _12/4/95_ at _9 AM_                 JON A. REISWIG M.D. A.P.C.
                    Date      Time                      ADDRESS ORTHOPAEDIC SURGEON
                                                        3231 GLACIER HIGHWAY
                                                        JUNEAU, AK 99801
                                                        586-1211

THE US POSTAL SERVICE WILL ATTEMPT TO ACCOMODATE        PHONE
NY ILL OR INJURED EMPLOYEE WITH WORK RESTRICTIONS.
LEASE HELP OUR EMPLOYEES CONSERVE THEIR SICK LEAVE.

EXHIBIT NO. 4