

**SOUTHEAST ALASKA REGIONAL HEALTH CORPORATION**
3245 HOSPITAL DRIVE • JUNEAU, ALASKA 99801 • (907) 463-4...

3/24/94

To Whom it may concern:

Wanda Temple is a patient under our care at SEARHC. She is currently pregnant and having symptoms of low back pain. She needs to stay at bedrest through next week, therefore will not be able to work.

Please excuse her from work until 3/31/94. We will re-evaluate her at that time.

Please call if you have any questions.

Thank you,

*J. Linfield*
Dr. Linfield

---

MT. EDGECUMBE HOSPITAL
222 TONGASS DRIVE
SITKA, AK 99835 (907) 966-2411

**SouthEast Alaska Regional Health Corporation**
3245 HOSPITAL DRIVE • JUNEAU, ALASKA 99801 • (907) 463-4031

NAME _Wanda Temple_

ADDRESS _____ DATE _3/31/94_

℞ Wanda has ongoing low back pain and will be unable to work for an additional week. She will be re-evaluated in 1 wk.

789-2208

_R.Y. Witest MD_

REFILL _____ TIMES
NON REPETATUR _____

_____ D.D.S.  _____ D.D.S.
                 M.D.                     M.D.
SUBSTITUTION PERMISSIBLE    SUBSTITUTION NOT PERMISSIBLE

DEA NUMBER _____    №  3335






July 28, 1995

United State Postal Service
Personnel Manager
Federal Building
Juneau, AK  99801

RE:   Temple, Wanda K.
      BD: 1/26/57

Dear Sir:

I have been caring for Wanda Temple since 10/94 and have followed her throughout her pregnancy, which was complicated by preterm labor and worsening of her chronic upper and low back pains. During her pregnancy she was placed on bed rest for treatment of her preterm labor and she did successfully complete her pregnancy in 6/95. She was seen yesterday for her postpartum checkup.

Her chronic back pain has actually worsened since the delivery of the pregnancy and her examination reveals significant tenderness of the paraspinal muscles adjacent to C7, T1 and T2 with also trigger point tenderness at the right occipital ridge. Her low back examination reveals significant tenderness over the right lumbosacral region with significant paraspinal muscle tenderness and stiffness. Her range of motion in her back is limited by pain to 45 degrees of forward flexion and 5 degrees of rearward flexion. Lateral flexion and torsion are also limited by pain but are basically within normal limits. Motor strength of her legs is 5/5 and symmetric and sensory examination is grossly intact. Deep tendon reflexes are somewhat decreased but are symmetric.

Most recent x-rays 10/94 reveal right sided spondylolysis and questionable spondylolisthesis grade 1/2 at L5 S1. There is mild narrowing and early degenerative changes of the L5 S1 disc with small osteophytes present of the upper lumbar disc. There are also noted significant number of hypertrophic bone at the margins of spondylolisthesis.

I feel that Ms. Temple has got chronic back pain secondary to myofascial pain complicated by spondylolyses that are probably not going to be responsive to surgical therapy. Orthopaedic consultation in 10/94 also recommend that surgery would be not advised.

Today I injected the trigger points in her upper and lower back with significant reduction of her

MT. EDGECUMBE HOSPITAL
222 TONGASS DRIVE
SITKA, AK 99835 (907) 966-2411

Page 2
Temple, Wanda

pain. I have placed her on a stretching and range of motion exercise regimen and will be beginning physical therapy at Juneau Physical Therapy beginning 7/31/95 three times per week for one month. I will reevaluate her back in two weeks to assess progress and would expect over the next two months to make significant improvement in her symptoms allowing her to return to full time work without weight lifting restriction. At present, I still feel she should work four hours per day with a weight limit restriction of 10-20 lbs.

Sincerely,

Joseph J. Lexon, MD

ed



POSTMASTER
ADMINISTRATIVE OFFICES


**UNITED STATES**
**POSTAL SERVICE**

Date:       Nov. 13, 1995

Subject:    Wanda K Temple  SS# 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

To:         Lois Wagner, RN COHN
            P O Box 199451
            Anchorage AK 99519-9451

The enclosed medical documentation all pertains to the above subject employee. This documentation is all as a result of Ms. Temple's latest accident and at this time Ms. Temple has requested a light duty assignment. We will hold a light duty hearing, but with the restriction of no walking and no standing it will be very difficult to find eight hours a day worth of "desk work" without making work.

I would appreciate it if you and Dr. Ligus would review these forms, make contact with Ms. Temple's doctor as appropriate, and advise me of your recommendations.

*J. M. Donaghey*

J. M. Donaghey

cc:    file

RECEIVED
I 5 1995
OHNA-ANCHORAGE

P.O. BOX 39998
JUNEAU, AK  99803-9998
(907) 586-7984
Fax: (907) 789-5291

**EXHIBIT NO. 5**