EXHIBIT NO. 6

Medical Examination & Assessment

## Privacy Act Statement

The collection of this information is authorized by 39 USC 401 and 1001. This information will be used to provide employees with necessary health care and to determine fitness-for-duty. As a routine use, the information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert consultant, or the Federal Records Center for storage; to USPS to fulfill an agency function; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the

Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1613, to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; to a labor organization as required by the National Labor Relations Act; to the Office of Personnel Management in making determinations related to veterans preference, disability retirement and benefit entitlement; to officials of the Office of Workers' Compensation Programs, Retired Military Pay Centers, Veterans Administration, and Social Security Administration in the administration of benefit programs; to an employee's private treating physician and to medical personnel retained by the USPS to provide medical services in connection with an employee's health or physical condition related to employment; and to the Occupational Safety and Health Administration and the National Institute of Occupational Safety and Health when needed by that organization to perform its duties under 29 CFR Part 19. Completion of this form is voluntary. If this information is not provided, the examination may be considered incomplete.

## A: Completed by Examinee (Type or Print in Ink)

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Sex | 4. Date of Birth |
|---|---|---|---|
| | 524 28 2326 | | 5-30-5 |

5. Do you have any medical disorder or physical impairment which could interfere in any way with the full performance of duties of the position for which you are applying? (If your answer is "Yes," explain fully to the physician performing the examination.)

☒ Yes   ☐ No

I certify that all the information to be given by me in connection with this examination will be correct to the best of my knowledge and belief.

6. Signature: *Wanda K Dougde*

7. Date: 8-7-95

## B: Completed by Appointing/Referring Official Before Examination

1. Exam Type
a. ☐ Preemployment   b. ☒ Fitness-for-Duty

c. Reason for Request (complete only if you checked "Fitness-for-Duty")

☐ Inadequate Medical Information

☐ Excessive Absenteeism for Medically Documented Conditions

☐ Behavioral Problem (Performance, Attitude)

☐ Other (Specify):

2. Exam Appointment

Date: 8-9-95   Time: 10 PM

Location:
THOMAS LIGUS MD
CONTRACT PHYSICIAN - USPS
4045 LAKE OTIS PKWY STE 107
ANCHORAGE AK 99508-5227

3. Position Applied for or Now Holds

a. Title

b. Installation: *Juneau AK.*

4. Circle the number preceding each functional requirement and each environment factor essential to the duties of this position. List any additional essential factors in the blank spaces. Also, if the position involves law enforcement, attach the specific medical standards for the information of the examining physician.

## Functional Requirements

1. Heavy lifting, up to 70 pounds
2. Moderate lifting, 15-44 pounds
3. Light lifting, under 15 pounds
4. Heavy carrying, 45 pounds and over
5. Moderate carrying, 15-44 pounds
6. Light carrying, under 15 pounds
7. Straight pulling ( hours)
8. Pulling hand over hand ( hours)
9. Pushing ( hours)
10. Reaching above shoulder
11. Use of fingers
12. Both hands required or compensated by the use of acceptable prostheses
13. Walking ( hours)
14. Standing ( hours)
15. Crawling ( hours)

16. Kneeling ( hours)
17. Repeated bending ( hours)
18. Climbing, legs only ( hours)
19. Climbing, use of legs and arms
20. Both legs required
21. Operation of crane, truck, tractor, or motor vehicle
22. Ability for rapid mental and muscular coordination simultaneously
23. Ability to use firearms
24. Near vision correctable at 13" to 16" to Jaeger 1 to 4
25. Far vision correctable in one eye to 20/20 and 20/40 in the other

26. Far vision correctable in one eye to 20/40 and to 20/100 in the other
27. Specific visual requirement (specify)
28. Both eyes required
29. Depth perception
30. Ability to distinguish basic colors
31. Ability to distinguish shades of colors
32. Hearing (aid permitted) (hear conversational voice 15 feet — one ear)
33. Hearing without aid
34. Specific hearing requirements (specify)
35. Other (specify)

## Environmental Factors

1. Outside
2. Outside and inside
3. Excessive heat
4. Excessive cold
5. Excessive humidity
6. Excessive dampness or chilling
7. Dry atmospheric conditions
8. Excessive noise, intermittent
9. Constant noise
10. Dust
11. Fumes, smoke, or gases

12. Solvents (degreasing agents)
13. Grease and oils
14. Radiant energy
15. Electrical energy
16. Slippery or uneven walking surfaces
17. Working around machinery with moving parts
18. Working around moving objects or vehicles
19. Working on ladders or scaffolding
20. Working below ground

21. Unusual fatigue factors (specify)
22. Working with hands in water
23. Explosives
24. Vibration
25. Working closely with others
26. Working alone
27. Protracted or irregular hours of work
28. Other (specify)

## C: Medical History
(Completed by Examinee Before Examination)

This section contains questions regarding your medical history and health habits. This information will be used to make a medical assessment of whether you can safely and efficiently perform the duties of the position that you now hold or for which you have applied. Detailed medical information will be handled in a confidential manner. Only information that is directly relevant to determining your ability to function effectively in your work with the Postal Service will be released to the hiring official. It is essential that you answer all questions truthfully and completely. A history of any health problem will not necessarily disqualify you from employment. False or incomplete responses could result in an incomplete examination, or termination if hired.

| | | Yes | No |
|---|---|---|---|
| 1. Have you ever been refused employment or been unable to hold a job because of: | | | |
| | a. Sensitivity to chemicals, dust, pollen, sunlight, etc. | | X |
| | b. Inability to perform certain motions | | X |
| | c. Inability to assume certain positions | | X |
| | d. Other Medical Reasons | | X |
| 2. Have you ever required special or restricted job assignment due to illness, injury, or physical impairments? (If "Yes", list accommodations provided). *Light Duty at USPS* | | X | |
| 3. Have you ever had or have you, at any time, been treated for a psychiatric disorder? (If "Yes", specify date and give details). *Depression due to Stress presently SEARHC in Juneau.* | | X | |
| 4. Have you ever been treated for any medical condition other than minor illness, or had any operations? *See Section 21 + back of Page 3* | | X | |
| 5. Have you worked for any length of time involving the handling of chemical, toxic, or dangerous materials? | | | X |
| 6. Have you had any known exposure to asbestos or asbestos-related products? (If "Yes" state where and when). | | | X |
| 7. Have you ever worked in a noisy environment? (If "Yes" state where and when). *Warehouses - fishing boats USPO* | | X | |

| | | Yes | No |
|---|---|---|---|
| 8. Have you ever received compensation or a cash settlement from an employer, insurance company, government or other organization for injury or disease? (If "Yes" explain) *WORKMANS Comp - Pulled muscle 1980* *WORKMANS COMP WHIPLASH 1979 or 1980* | | X | |
| 9. Is there a case pending? | | | X |
| 10. Have you ever had an X-ray or other special examination (e.g., electrocardiogram, CAT scan)? (If "Yes" give date and explain). *SEE RECORDS TOO NUMEROUS TO RECORD HERE* | | X | |
| 11. Have you served in the military? | | X | |
| 12. Have you ever been rejected for, or discharged from military service because of any physical or mental reasons? (If "Yes" give date and reasons). | | | X |
| 13. Have you ever lived or been employed overseas? (If "Yes" state when and number of months. Include military service.) | | | X |
| 14. Have you ever filed a disability claim or received payment or compensation from the US government? (If "Yes", complete a, b, & c below). | | | X |
| 14a. Your Claim Number | | | |
| 14b. Percent Rating | | | |
| 14c. Cause | | | |

Examinee's Name                                    SSN

## C: Medical History (Continued)
(Completed by Examinee Before Examination)

| | | Yes | No |
|---|---|---|---|
| 15. | Do you exercise regularly? (If "Yes" describe type, amount, and frequency). | | |
| 16. | Have you ever used tobacco? (If "Yes" describe type, amount, age started and age stopped if discontinued). *Sporadically - 23 yo began* | X | |
| 17. | Have you ever used alcoholic beverages? (If "Yes" answer the following questions). | X | |
| | a. Have you ever been dependent upon, or habitually used, alcoholic beverages? | | X |
| | b. Have you ever received treatment for, or participated in any program for alcoholism or drinking problems? | | X |
| | c. Has your use of alcoholic beverages ever affected your work performance, ability to obtain or hold a job or driving privileges, or resulted in arrests or court actions? | | X |

| | | Yes | No |
|---|---|---|---|
| 18. | Have you ever used any of the following drugs or controlled substances? *prescription posten* | | |
| | a. Morphine, Heroin, Methadone, Codeine, Percocet, Percodan, or other narcotic drugs? | X | |
| | b. Amphetamines, Methamphetamine, Diet Pills, Cocaine, or other stimulant drugs? *1990* | X | |
| | c. Barbiturates, Qualaudes, Dorlden, Seconal, or other sedative or hypnotic drugs? | | X |
| | d. Marijuana, Hashish, Mescaline, LSD, PCP (angel dust), or other hallucinogenic drugs? | | X |
| | e. Librium, Valium, Elavil, or other tranquilizers or antidepressant drugs? | | X |
| | f. Are you taking any other prescribed medicines? (If "Yes" give dates and explain.) | X | |
| 19. | If you answered "Yes" to any question in Item 18, answer the following questions: | | |
| | a. Have you ever been dependent upon, or habitually used, any of the drugs or categories of controlled substances listed in Item 18? | X | |
| | b. Have you ever been hospitalized or received treatment for use of drugs or other controlled substances? | | X |
| | c. Have you ever received treatment for any physical or emotional condition caused by, or related to, your use of drugs or other controlled substances? | | X |
| | d. Has your use of drugs or other controlled substances ever affected your work performance, ability to obtain or hold a job or driving privileges, or resulted in arrests or court actions? | | X |
| 20. | Have you ever failed a "Drug Screen" for any reason? (If "Yes" give date and explain.) | | X |

## 21. Do You Now or Have You Ever Had Any of the Following Conditions? (Give Dates)

*MEDICATION - Tylop - Fioricet - sleep pills
- Flexil - Altitline - migraine*

| | | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|---|
| 1. | Frequent or Severe Headaches *migr Now* | X | | 33. | Venereal Disease (Syphilis or Gonorrhea) | | X |
| 2. | Disturbance of Vision | | X | 34. | Hemorrhoids or Rectal Disease | | X |
| 3. | Wear Glasses or Contact Lenses *cl 1965* | X | | 35. | Arthritis (Rheumatism or Bursitis) | X | |
| 4. | Eye Injuries or Abnormalities | | X | 36. | Leg Cramps | | |
| 5. | Loss of Hearing | | X | 37. | Painful or Swollen Joint *ankle (R)* | X | |
| 6. | Ear Abnormalities | | X | 38. | Foot Trouble — Flat Feet *heel spurs* | X | |
| 7. | Chronic Sinus Trouble | | X | 39. | Bone Fracture *(R arm) (R ankle)* | X | |
| 8. | Hoarseness | | X | 40. | Limb Disorders *(R ankle / R knee)* | X | |
| 9. | Goiter or Thyroid Trouble | | X | 41. | Amputation (Where?) | | X |
| 10. | Enlarged Glands in Neck or Other Area | | X | 42. | Back Surgery | | X |
| 11. | Stiffness of Neck *Currently* | X | | 43. | Back Injury or Abnormality *on Motrin 800 mg* | X | |
| 12. | Chronic Cough (Check if Blood is Present ☐) | | X | 44. | Paralysis | | X |
| 13. | Frequent Colds | | X | 45. | Cancerous Tumor or Cyst | | X |
| 14. | Wheezing or Asthma | | X | 46. | Numbness, Weakness, Tremors, or Dizziness *dizziness* | X | |
| 15. | Lung Disease | | X | 47. | Skin Condition (e.g., Eczema, Hives, Fungus, or Rash) | | X |
| 16. | Pain or Pressure in Chest | | X | 48. | Allergies *ASA, bee stings* | X | |
| 17. | Shortness of Breath | | X | 49. | Pilonidal or Other Cysts | | X |
| 18. | Heart Abnormality | | X | 50. | Discoloration, Birthmarks, Scars *Burn (R ankle)* | X | |
| 19. | Heart Attack (When?) | | X | 51. | Diabetes *to hips* | | X |
| 20. | Heart Murmur | | X | 52. | Gout | | X |
| 21. | High Blood Pressure | | X | 53. | Stroke *fatal to ASA* | | X |
| 22. | Unexplained Weight Change | | X | 54. | Epilepsy, Seizures, or Blackouts | X | |
| 23. | Digestive Abnormality | | X | 55. | Rheumatic Fever | | X |
| 24. | Recurring Abdominal Pain | | X | 56. | Tuberculosis | | X |
| 25. | Frequent Diarrhea (Check if blood is present ☐) | | X | 57. | Hepatitis | | X |
| 26. | Frequent Constipation | | X | 58. | For Females: Female Disorders | | X |
| 27. | Jaundice Disease | | X | 59. | For Females: Are You Pregnant? | | X |
| 28. | Kidney or Bladder Disease | | X | 60. | For Males: Abnormalities of Genitals | | |
| 29. | Kidney or Bladder Stones | | X | 61. | Have You Ever Had Any Illness/Injury Other Than Those Listed Above? | X | |
| 30. | Bloody Urine | | X | | *Pre term Labor x's 2* | | |
| 31. | Trouble Passing Urine (Pain or Frequency) | | X | | *1994 & 1995 Bedrest* | | |
| 32. | Hernia | | X | | | | |

PS Form **2485**, November 1991 (Page 3 of 6)          RESTRICTED/MEDICAL          Retained by Postal Medical Officer

D:  Medical Findings (For Preemployment and Fitness -Duty Exams)

(Completed by Examining Physician)

NOTE TO EXAMINING PHYSICIAN: The person you are about to examine is being considered for a position (or, if a Fitness-for-Duty exam, has a position) which will include the functional requirements and environmental factors circled in Section B., Item 4. In conducting your examination and reporting your findings and conclusions, take these factors into consideration.

| 1. Examinee's Name | 2. SSN | 3. Height (Feet, Inches) | 4. Weight (Pounds) |
|---|---|---|---|
| TEMPLE WANDA K | 574-289326 | 6 4 3/4" | 221 |

## 5. Eyes

| | Snellen (Distant Vision) | Jaeger (Near Vision) |
|---|---|---|
| Without Glasses ▶ | a. Right 20 _20_ Left 20 _20_ | b. Right ℝ 20/20 ℝ 20/20 5 glasses in. to ___ in., Left ___ in to ___ in. |
| With Glasses ▶ | c. Right 20 ____ Left 20 ____ | d. Right ___ in. to ___ in., Left ___ in to ___ in. |

| e. Is color vision normal when Ishihara or other color plate test is used? | ☒ Yes ☐ No | f. If the answer is "No", can applicant pass lantern or other compatible | ☐ Yes ☐ No |
|---|---|---|---|

## 6. Ears

| a. Ordinary Conversation  Right ear @ 15 ft. WNL Left ear @ 15 ft. WNL | b. Audiometer    (Attach Audiogram if indicated) |
|---|---|

## 7. Blood Pressure/Pulse

| a. Systolic/Diastolic | b. Two Additional Readings if Elevated | c. Pulse |
|---|---|---|
| 90/50 | | 96 |

## 8. Urinalysis

| a. Albumen (Multi-Test Stick) | b. Sugar (Multi-Test Stick) | c. Blood (Multi-Test Stick) | d. Drugs Identified if Test Indicated |
|---|---|---|---|
| Ø | Ø | Ø | |

## 9. Physical Examination

NOTE:  Routine pelvic examinations are not done by postal medical officers or contract physicians

| Clinical Evaluation | Normal | Ab-normal | Clinical Evaluation | Normal | Ab-normal |
|---|---|---|---|---|---|
| a. Head, face, neck, and scalp | ✓ | | i. Anus and rectum (If indicated) | NOT EXAMINED | |
| b. Nose | ✓ | | m. Endocrine system | ✓ | |
| c. Mouth and throat | ✓ | | n. Hernia (Any type) | ✓ | |
| d. Ears | ✓ | | o. Upper extremities | | |
| e. Eyes | ✓ | | p. Feet | ✓ | |
| f. Ophthalmoscopic | ✓ | | q. Lower extremities | ℝ ankle surgical scar w/ | ✓ |
| g. Ocular motility | ✓ | | r. Spine | Decreased rom - scoliosis no systemic due to disp | ✓ |
| h. Lungs and Chest (Breasts, if indicated) | ✓ | | s. Identifying body marks, scars | healed surg | ✓ |
| i. Heart | ✓ | | t. Skin, lymphatics | inflamm skin folds -abdomen | ✓ |
| j. Vascular system (Varicosities, etc.) | ✓ | | u. Neurologic | reflexes 2+ - pinwheel intact complete | |
| k. Abdomen | obese | ✓ | v. Mental status | ✓ | |

Examinee's Name   TEMPLE, WANDA

SSN   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

## 10: Summary of Medical Findings

{Explain in detail any abnormality noted in history or physical examination}

URINALYSIS — UNREMARKABLE

_____

Impression

- Low BACK pain
  CHRONIC ———————→ ongoing symptoms places this
  in the category of chronic pain syndrome
  LIMITATIONS seen Appropriate By Her physician:
  4 Hours / DAY ; LIMIT OF 20# LIFTING
  CONTRIBUTING FACTORS : Depression / Obesity
  ultimate Resolution may be ADMINISTRATIVE

- ℗ ANKLE FX — History of SURGERY
  ongoing Symptoms

- Depression
  under current treatment.

| 9a. Physician's Name (Type or Print) | b. Address (include ZIP code) |
|---|---|
| ☒ Medical Officer | THOMAS LIGUS MD |
| ☐ Contract Physician | CONTRACT PHYSICIAN - USPS |
| ☐ Private Physician | 4045 LAKE OTIS PKWY STE 107 |
| | ANCHORAGE AK 99508-5227 |

▶ IMPORTANT - Examining Physician: If you are not a Postal Medical Officer, sign and return the entire form, intact, in the preaddressed Restricted/Medical envelope within 5 days of the examination

c. Signature

d. Date  8/9/95

PS Form 2485, November 1991 (Page 5 of 6)     RESTRICTED/MEDICAL     Retained by Postal Medical Officer

E. Medical Assessment by Postal Medical Officer or Physician

| Examinee's Name (Last, First, MI) | | Complete All Items Below in Lay Terms to Observe Privacy Considerations |
|---|---|---|
| TEMPLE WANDA K | 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 | |

**1. Medical History:** Based upon review of Section C of this form, Examinee's Medical History, VA records (if applicable), outside medical records, etc., check appropriate box below. Note any significant past medical data that is pertinent to the physical, and medical data that is pertinent to the physical and mental requirements of the essential functions of the position applied for.

☐ No Significant Finding

☑ Significant Findings as Noted: *See prior pgs*
(Observe privacy considerations)

**2. Physical Findings:** Based upon a complete physical examination and mental status examination (if indicated), check appropriate box below.

☐ No Limitations/Restrictions

☑ Limitations/Restrictions as Noted: *Decreased Rom of lower BACK*
*Bilateral edema*

☐ Specialist Exam Required with Narrative Report
Note any restrictions (inabilities) and/or limitations (partial inabilities) identified.

Do not complete Item 4, below, until specialist's report is reviewed.)

**3. Employment History:** Based upon review of examinee's PS Form 2591, Application for Employment (if applicable). Supervisor's Evaluations, prior job descriptions, etc., check appropriate box below. Note any employment data that is pertinent to past or current medical conditions. Note only that employment data which supports the examinee's ability to perform the essential functions of the position for which the examinee has applied.

☐ No Significant Findings

☐ Significant Findings as Noted: *NOT AVAILABLE*

**4. Risk Assessment:** NOTE: Do not complete this section until specialist's report (if required) has been reviewed.

Based upon a review of findings as noted in nos. 1-3, above, indicate assessment of applicant's risk of incurring job-related injury or illness, within the next six months, due to existing or past medical conditions.

☐ No Medical Risk/Restriction: Examinee is medically qualified to perform essential functions of the position without accommodation.

☑ Moderate Risk/Restriction: Examinee would be medically qualified to perform essential function of the position only if below noted limitations/restrictions can be accommodated. (See No. 5 below.)
*No lift over 20# (lift work) ↓*

☐ Low Risk/Restriction: Examinee is medically qualified to perform essential functions of the position at the time of examination, but periodic medical follow-up is recommended. (See No. 5, below.)

☐ High Risk/Restriction: Examinee is not medically qualified to perform essential functions of the position. Accommodations will not reduce medical risk or restriction.

**5. Suggested Accommodations:** (Job modifications which would allow examinee to perform essential functions of the position effectively and safely)

| Signature of Medical Authority | Date 8/9/95 | Name and THOMAS LIGUS MD<br>CONTRACT PHYSICIAN - USPS<br>4045 LAKE OTIS PRKWY STE 107<br>ANCHORAGE AK 99508-5227 |
|---|---|---|

## F. Completed by Appointing/Referring Official (HBK-EL 311,343.5)

| Enter Action Taken | | Name & Location (Type or Print) | |
|---|---|---|---|
| ☐ Selected for Appointment | ☐ Fit for Duty | | |
| ☐ Not Selected for Appointment | ☐ Not Fit for Duty | Signature | Date |

AUG - 9 1995     38700

T 97.7 ear     USPS requesting FFD exam

BP. 90/50                                              J. M. Guig, RN

P 96

**SUBJECTIVE:**  This woman is a 38-year-old employee of the Postal Service from
Juneau, AK, who is here for fitness-for-duty. This woman is a distribution
clerk who was injured 1 1/2 years ago. This apparently was not work-related.
She has had variable symptoms since then of low back pain but is essentially
unchanged. She notes intervening pregnancies times two and weight gain as
factors.

The patient last worked in April. She notes intermittent radiation of back
pain from the left lower back and buttocks to the posterior thigh and the
knee but no further. Also she notes prior right knee and ankle injuries. The
right ankle continues to give her trouble; she had surgery and notes con-
tinued swelling in that region.

The patient is on Tylox (mainly for her headaches which are quite severe),
Ibuprofen, Flexeril and Amitriptyline. The Amitriptyline does help her sleep.
She does have a diagnosis of depression.

She denies any incontinence of urine or stool. She does have a considerable
medical history including gallbladder surgery, appendectomy, right knee sur-
gery, two surgeries on right ankle. She did have work-related injury 4 1/2
years ago, a "groin-pull" which resolved and is not a current problem. She
denies any antagnostic interactions with management. She has herself con-
cerns about her ability to work fully in her previous position.

The patient did not fill out her 2485 history fully; so nearly 45 minutes has
gone by since the patient arrived for her appt. So a good portion of the time
allotted for the appt. was spent filling in the history.

**EXAMINATION:**  Shows an alert, oriented woman in no acute distress. Details of
the non-affected areas are outlined on the 2485 physical form. A focal
examination for the problem areas —

NECK:     Shows mild restriction to flexion and extension; lateral rotation
          and tilting are unaffected. Neurovascular examination of upper ex-
          tremities is unremarkable.
SPINE:    The patient's lower back shows considerable restriction. She's
          unable to extend and the lordotic curve is noted to be missing. The
          patient has a considerable amount of tenderness to palpation pri-
          marily in the intrinsic musculature but this does extend laterally
          also. She is globally restricted with decrease in range of motion
          to flexion. She is able to laterally tilt about 10 degrees before
          encountering significant discomfort. Flexion to about 30 degrees
          and lateral rotation is also quite limited bilaterally.
NEUROVASCULAR:  Examination is remarkable for 2+ reflexes at the knees and
          ankles. Pinwheel testing is normal. STrength is apparently normal.
          It's noted that the right ankle is swollen with -healed surgical
          scar. some tenderness is noted and slight restriction to range of
          motion though she does not walk with a limp.  Knee examination
          shows scarring on the right side but otherwise is unremarkable.
ABDOMEN:  Examination shows healed scars, inflammatory process in the skin
          folds are noted of her obese abdomen. No other abnormalities. No
          organomegaly, masses or tenderness. There is no CVA tenderness.

ASSESS/PLAN:   Low back pain, a chronic problem that really goes into the range of chronic pain syndrome. Review of work restriction evaluation on her indicates no lifting greater than 20 lb; this is from 8/7/95 by Joe Lexou, physician caring for her. This lady has multiple orthopedic problems including previous right ankle injuries with 2 surgeries, one previous surgery to her knee which appears stable.  The ankle concerns me also because it does cause considerable discomfort for her and there is obvious swelling there. To further complicate her situation, she has depression that she's under treatment before.  As mentioned above, she basically falls into the range of chronic pain syndrome and I don't believe her prognosis is optimistic. With a year and a half of back pain, I don't anticipate things changing in a positive direction anytime soon. We'll discuss this situation with both Lois Wagner, R.N., occupational health nurse administrator, as well as patients' supervisor.
TL/mb

## Christopher W.M. Horton, M.D.

A Professional Corporation
Orthopaedic Surgery



1 September 1995

U.S. Postal Service
Occupational Health Nurse Administrator
P.O. Box 199451
Anchorage, Alaska  99519-9451

Attention:  Lois M. Wagner, RN, COHN

Regarding:  Wanda K. Temple

Dear Ms. Wagner:

I examined Wanda Temple today, regarding neck, upper and lower back, right ankle and both shoulders.  Patient is a 38 year old lady who has been working for the postal department for five years as a distribution clerk.  She states she injured her right ankle in 1983 and has had two operations to remove loose bodies since then.  She still has problems of constant pain and popping plus clicking in the ankle.  Occasionally the ankle will swell and occasionally it will lock up for a short while.

The patient suffered a knee injury in 1991 requiring arthroscopic surgery by Dr. Reiswig in Juneau.  She states that he told her that some ligaments were torn.  She states that the knee will swell and lock up on occasion.

Patient states she injured her right shoulder eight years ago when some pallets fell on her.  She gets episodes of muscle spasm on and off since then for no known reasons.  She has some spasms in the left shoulder when her neck acts up.

Patient states she struck her head on the roof of a pickup truck in 1980 when it struck a large bump and she was not wearing seat belts.  She has had pain in her neck radiating into her left shoulder for the past several years.  She also gets migraine headaches from this.

2211 E. Northern Lights Blvd., Suite 103 • Anchorage, Alaska 99508
(907) 276-0327 • (907) 276-6305 facsimile

U.S. Postal Service
1 September 1995
Regarding: Wanda K. Temple
Page Two

Patient has had problems with her low back for the past two years. She relates this to her pregnancies. She has had two over the past two years and this seems to be responsible for her low back pain. She states she really never has had any problems with low back pain prior to getting pregnant. There are no injuries that she can recall, other than slipping on the ice almost every year for many years. She states that if the low back pain is very bad it will radiate down the left buttocks as far as the knee. She denies bowel or bladder symptoms. She states she cannot lift or carry much weight. She cannot stay up all day due to back pain. She has missed some work due to both neck and low back problems.

PHYSICAL EXAMINATION:

General: Patient states her weight is 200 pounds. I would guess it to be at least this much. She is 5 feet 5 inches tall.

Examination of the right ankle reveals she dorsiflexes to neutral. Her left ankle dorsiflexes to -20°. The ligaments are stable. There is no shucking.

Examination of the knee reveals no swelling or tenderness. There are well-healed scars from arthroscopic surgery present. There is no evidence for a Baker's cyst. She has full range of motion to flexion and extension.

Examination of the shoulders reveals she has full range of motion to internal rotation, external rotation, abduction, adduction, forward elevation and backward elevation. Patient does get pain in the right trapezius on full abduction.

Examination of the cervical spine reveals she has full range of motion with pain at the base of her neck on extension and lateral rotation to the right.

U.S. Postal Service
1 September 1995
Regarding: Wanda K. Temple
Page Three


Examination of the lumbosacral spine reveals patient flexes to where her fingertips are some eight inches from the floor. This is limited by pain. Extension is just a jog and this is likewise limited by pain. Rotation is full as is her lateral bending.

Neurologic examination: Patient has normal deep tendon reflexes, upper and lower extremities. Her sensation is intact, upper and lower extremities. She has negative straight leg raising to 90° and a negative sciatic stretch test bilaterally.

It is my impression that the patient has degenerative joint disease of her lumbar spine and right ankle. This is limiting her as far as bending, lifting, stooping, squatting. Her shoulders and cervical spine problems are most likely chronic sprains. These likewise limit her as far as the amount of activity she does. I do not feel she should be lifting more than 20 pounds or carrying more than 20 pounds. I do not think she is able to handle more than 4 hours of work a day. I do not feel that she would be expected to improve to where she can handle a full day's work and certainly not the lifting requirements of a distribution clerk.

If I may be of any further assistance, please contact me.

Sincerely,

Christopher W.M. Horton, M.D.

CWMH:dee

ANCHORAGE FAMILY & INDUSTRIAL CLINIC

THOMAS LIGUS, M.D.
4045 Lake Otis Parkway, Suite 107
Anchorage, Alaska 99508
Telephone: (907) 562-3727

September 15, 1995

Lois Wagner, R.N. COHN
Occupational Health Nurse Administrator
U.S. Postal Service
P.O. Box 199451
Anchorage, AK  99519-9451

RE:  Wanda Temple

Dear Ms. Wagner:

I had the opportunity to review Christopher M. Horton, M.D.'s evaluation of Wanda Temple.

As you are aware, she has ongoing problems with her back and right ankle. Dr. Horton's impression is that due to the ongoing problems she should be limited to four hours of work a day, lifting and carrying no more than 20 lb. He does not feel that she would improve over time to be able to do more than his half-day's work or much less, the full duties of distribution clerk.

As I had examined this woman earlier this summer, I agree with the conclusions.

Sincerely yours,

Thomas Ligus, M.D.

TL/mb



RECEIVED
SEP 2 1 1995
OHNA-ANCHORAGE

EXHIBIT NO. _____

ASSOCIATE AREA MEDICAL DIRECTOR
SEATTLE & ANCHORAGE DISTRICTS


*UNITED STATES*
*POSTAL SERVICE*

October 23, 1995

Lois Wagner, RN, COHN
PO Box 199451
Anchorage, AK  99519-9451

I have reviewed the medical file of Wanda Temple, SSN 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.  This review included the results of examinations by Dr. Ligus and Dr. Horton, which were performed in the past three months.  I agree with these examiners that Ms. Temple should lift and carry no more than 20 pounds and should work no more than four hours per day.  These restrictions are not expected to change in the foreseeable future and can be considered permanent.

These restrictions constitute Ms. Temple's specific physical limitations and are incompatible with the essential duties of her position.  Any proposed accommodation would have to be consistent with these limitations.  For example, Ms. Temple could work four hours per day sorting mail and occasionally lifting lighter mail trays.  Mr. Donaghey has indicated to me in a telephone conversation that Ms Temple's work restrictions cannot be accommodated without adversely affecting the operations of the Juneau Post Office.  This is also indicated in a cc:Mail message of 9/21/95.  She is therefore incapable of performing the essential duties of her position or the core duties of her particular position in Juneau, and reasonable accommodation is not possible.

I note that Ms. Temple sustained a significant ankle injury last week.  The above comments apply to her pre-injury status.

Please fee free to contact me if you have further questions.

*R Wagoner M D*

Richard R. Wagoner, M.D.
Associate Area Medical Director

P.O. BOX 9000
SEATTLE, WA  98109-9401
(206)442-6218

EXHIBIT NO. ___8___

```
Author:  MARY E JORDAN at JUA. J1L
Date:    12/7/94  10:36 AM
Priority: Normal
Receipt Requested
TO: LOIS M WAGNER at ANAK003L
Subject: DUTY STATUS/WORK RESTRICTION EVALUATION
------------------------------ Message Contents ------------------------------
```

I AM FAXING YOU THE DUTY STATUS REPORT AND WORK RESTRICTION EVALUATION FOR WANDA
TEMPLE SSN: 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.  SHE HAS BEEN INCREASED TO 6 HOURS A DAY.

I HAVE JUST A COUPLE OF QUESTIONS WHICH HAVE ARISEN REGARDING THIS TYPE
SITUATION.  WANDA HAD NOT BEEN REPORTING TO WORK EVERY DAY WHEN SCHEDULED FOR
FOUR HOURS.  ARE THERE ANY GUIDELINES TO FOLLOW WHEN WORKING WITH AN INDIVIDUAL
IN THIS TYPE SITUATION REGARDING THEIR WORKING 4 OR 6 HOURS A DAY WHEN
SCHEDULED?  WHAT SHOULD WE DO, IF ANYTHING, SHOULD SHE CONTINUE TO MISS WORK
DAYS (OR LEAVE EARLIER THAN THE NUMBER OF HOURS CURRENTLY RELEASED TO WORK BY
HER PHYSICIAN)?   ANY GUIDANCE YOU CAN PROVIDE WILL BE APPRECIATED.

ALSO, VALLEY MEDICAL CARE HAS CONTACTED ME REGARDING THE OUTSTANDING BILLS FOR
DRUG SCREENINGS.  THEY HAVE BEEN SENDING THEM TO YOU AS REQUESTED, HOWEVER, THEY
HAVE NOT RECEIVED PAYMENT IN QUITE A FEW MONTHS?  THEY WOULD LIKE TO KNOW IF
THERE IS SOMETHING THEY CAN DO TO SPEED UP PAYMENT ON THEIR ACCOUNT.

THANKS FOR ALL YOUR HELP.

MARY



RECEIVED JAN 23 1995 BY OHNA

# Facsimile Cover Sheet

**To:** LOIS WAGNER
**Company:** OCC HEALTH NURSE
**Phone:** 266-3226
**Fax:** 243-5119

**From:** MARY E. JORDAN
**Company:** PERSONNEL CLERK – JUNEAU
AK
**Phone:** 586-7984
**Fax:** 789-5291

**Date:** 11/18/94
**Pages including this
cover page:** 3

**Comments:** I HAVE ATTACHED THE DUTY STATUS REPORT
AND WORK RESTRICTION EVALUATION FOR WANDA K
TEMPLE  SSN: 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.  IS THERE ANY ADDITIONAL
INFORMATION WE SHOULD BE OBTAINING?  LET US KNOW
WHAT THE NEXT STEPS MIGHT BE.

THANK YOU - MARY



RECEIVED
NOV 1 8 1994
BY

Author:  ROBERT B CHURCHILL at ANAK001L
Date:    10/26/94  6:16 AM
Priority: Normal
Receipt Requested
TO: LOIS M WAGNER at ANAK003L
Subject: Re: Wanda Temple, Juneau
-------------------------------- Message Contents --------------------------------

Lois,

I don't have any problem with you suggesting they call
me about the light duty issues.  Other resources which
might be helpful would be Ken Hooten on issues related
to the contract or Karen Flakes on issues of potential
injury on return to work.

In your note you indicate we should use the standard of
reasonable accomodation in this case.  It is my
understanding for temporary conditions we don't use
that standard.  We are only responsible to use
"reasonable accomodation" when a person has a condition
which interfers with a major life function and it is a
permanent condition.  This is something we can talk
about at the HR staff meeting.  I would appreciate it
if you would bring it up for discussion.

Thanks

_____ Reply Separator _____
Subject: Wanda Temple, Juneau
Author:  LOIS M WAGNER at ANAK003L
Date:    10/24/94 12:01 PM

Bob,

I've been working with Mary and Jim in Juneau with this employee
since the end of Sept.  We compiled some medical records and the
employee's physician says she can work with a restriction of not
to lift over 10#, no twisting, and not more that 4 hrs./day.

Dr. Ligus reviewed this file last Thurs. and he feels that she
can return to work as per her Dr.'s recommendation.

I suggested to Mary that they ask the employee if she is
requesting light duty. If so then Mgt. there needs to decide of
they can make reasonable accommodations I feel this is another
situation similar to Yung, with such restricted limitations. I
suggested that perhaps they need to contact you.

Call me if you need more info.

POSTMASTER
ADMINISTRATIVE OFFICES

 **UNITED STATES
POSTAL SERVICE**

OCT 26 1995

OHNA-ANCHORAGE

October 23, 1995

Wanda K. Temple
SS # 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
Distribution Clerk                    P.O. BOX 32046
Pay Location: 004                     JUNEAU, AK  99803-2046


RE:    Administrative Leave

This is to inform you that you will no longer be receiving Administrative Leave, effective Oct. 15, 1995.

You had been receiving 4 hours of Administrative Leave daily, while this office waited for approval to allow you to return to limited or light duty 4 hours a day.  Because of your accident, and the surgery you have had, at this time you are not able to return to duty, therefore Administrative Leave is not applicable.  When you are able to perform the full duties of your position, or be released back to work **on light or limited duty**, you must provide detailed medical documentation, and your situation will again be reviewed.  Enclosed are forms that must be completed at that time.

In view of this latest medical situation, you may want to give serious consideration to the following options which are still available to you:

* You may apply for Disability Retirement
* You may apply for Permanent Light Duty
* You may apply for Reassignment
* You may resign from the Postal Service

If you have any questions concerning the content or intent of this letter, please contact this office immediately at 586-7985.


James M. Donaghey
Postmaster


cc:    Safety & Health Office
       Medical Office
       Labor Relations


P.O. BOX 39998
JUNEAU, AK  99803-9998
(907) 586-7985
FAX: (907) 789-5291

**EXHIBIT NO.** 9



**FERS**
Federal Employees
Retirement System

Form Approved:
OMB No. 3206-0171

# SUPERVISOR'S STATEMENT
In Connection With Disability Retirement Under the Federal Employees' Retirement System

## Section A—Applicant Identification

| 1. Name (Last, first, middle) | 2. Date of Birth (mo., day, yr.) | 3. Social Security Number |
|---|---|---|
| TEMPLE, WANDA K. | 01-26-57 | 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 |

## Section B—Information About Employee's Performance (See Supervisor's Guidelines on back)

| 1. Title of Current Position (Attach a copy of position description and for employees covered by FPM Chapter 430, current performance standards and latest performance evaluation)  DISTRIBUTION CLERK | 2. Job Series, Grade and Step  PS 05 / P | 3. Date of Entry Into Current Position (mo., day, yr.)  08-27-90 |
|---|---|---|

| 4. Is employee unable to perform or is performance less than fully successful with regard to any critical element of current position? | X Yes ► Complete items B5-B7  No ► Go to Section C |
|---|---|

| 5. Approximate Date Unacceptable Performance or Inability to Perform Began (mo., day, yr.)  11-93 | 6. Has employee received, after the date in item 5, a within-grade step or merit pay increase or an award based on performance of a critical element of the position?  X Yes ► Dates of performance (or within increase or award was based  09/03/94 & 01/07/95  No | 6a. Was within-grade increase granted under 5 CFR 531.409(d)?  Yes   ✓ No |
|---|---|---|

7. Identify critical element(s) of the position which employee does not perform successfully or at all. If performance is not fully successful, explain how. Attach supporting documentation such as notice to employee that performance is less than fully successful or physician's recommendation regarding medical restrictions.

WANDA HAS BEEN UNABLE TO PERFORM FULLY IN HER CURRENT DUTIES. SHE HAS BEEN UNABLE TO WORK OR LIMITED BY RESTRICTIONS. AT PRESENT, SHE WOULD ONLY BE ABLE TO WORK 4 HOURS, WITH A LIMIT OF 20 pounds ON HER LIFTING.

## Section C—Information About Employee's Attendance (See Supervisor's Guidelines on back)

| 1. Has employee's attendance stopped for apparent medical reasons? | X Yes  No | 1a. How long is absence expected to continue (if known)?  unknown |
|---|---|---|
| 2. Is employee's attendance unacceptable for continuing in current position? | X Yes ► Complete items C3-C5  No ► Go to Section D | 3. Approximate date attendance stopped or became unacceptable (mo., yr.)  9/14/94 |

4. Explain impact of employee's absence on your work operations. WANDA IS EMPLOYED AS A FULL-TIME DISTRIBUTION CLERK. AT PRESENT HER INABILITY TO WORK PUTS A STRAIN ON HER FELLOW EMPLOYEES. THEY HAVE TO WORK OVERTIME, OR CASUALS MUST BE HIRED TO WORK ON AN INTERIM BASIS. SHE IS UNABLE TO FULFILL HER DUTIES, AND WE CANNOT FILL HER POSITION.

| 5. How many hours of leave has employee used since date in item C3 for apparent medical reasons? (Attach an explanation of why you approved leave and copies of medical information on which you based your decision to approve leave, leave records, records of contact with or notices to employee. Include as much information as possible about specific reasons for leave use.) | | Annual | Sick | LWOP |
|---|---|---|---|---|
| | ENTER LEAVE HOURS USED | 250 | 361 | 1200 |

## Section D—Information About Employee's Conduct (See Supervisor's Guidelines on back)

| 1. Is employee's conduct unsatisfactory? | Yes ► Complete items D2-D3  X No ► Go to Section E | 2. Approximate date conduct became deficient (mo., yr.) |
|---|---|---|

3. Describe how conduct is unsatisfactory (attach supporting documentation, such as notices to employee of proposed adverse actions)

## Section E—Accommodations (See Supervisor's Guide on back)

1. What efforts have you made to accommodate employee?

WANDA WAS MOVED TO A DIFFERENT SHIFT, AND HER WORK WAS SET UP SO THAT SHE COULD WORK AS ALLOWED BY HER PHYSICIAN. SHE WAS SCHEDULED FOR FOUR HOURS A DAY, WITH MINIMAL LIFTING. HER PHYSICAL CONDITION DID NOT IMPROVE.

## Section F—Supervisor's Certification

| How long have you supervised employee?  Years 5   Months | Supervisor's Telephone Number (Including Area Code)  (907) 789-3301 | Supervisor's Office Mailing Address  ADMINISTRATIVE OFFICES  PO Box 39998  JUNEAU, AK  99803-9998 |
|---|---|---|
| I certify that all statements made on this Supervisor's Statement are true to the best of my knowledge and belief. | | |
| Supervisor's Signature  James M. Donaghey | Date  11/27/95 | |
| Supervisor's Name (Typed)  JAMES M. DONAGHEY | | |

Office of Personnel Management
5 CFR 844

**ORIGINAL—To OPM Through Agency Channels**

Standard Form 3105
August 196



**FERS**
Federal Employees
Retirement System

## AGENCY CERTIFICATION OF REASSIGNMENT AND ACCOMMODATION EFFORTS
### In Connection With Disability Retirement Under the Federal Employees' Retirement System

Form Approved:
OMB No. 3206-0171

**To be completed by Coordinator for Employment of the Handicapped or other authorized agency official. See Instructions on back of form.**

| 1. Name of Applicant (Last, first, middle) | 2. Date of Birth (mo., day, yr.) | 3. Social Security Number |
|---|---|---|
| TEMPLE, WANDA K. | 01-26-57 | 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 |

4. Has reasonable effort for accommodation been made?

☐ No, accommodation is not an option. (Specify in the space below the functional/environmental factors related to the employee's inability to perform fully successfully and explain why accommodation is not possible.)

☐ No, accommodation is not appropriate. Medical information presented to agency does not document a disabling medical condition.

☒ Yes. Describe below accommodation efforts and attach supporting documentation.

WHEN THIS OFFICE WAS ORIGINALLY NOTIFIED THAT WANDA WOULD BE UNABLE TO PERFORM ALL HER DUTIES, SHE WAS MOVED TO MAIL PROCESSING, TO ACCOMODATE HER LIMITED WORK HOURS ALLOWED, AND THE RESTRICTIONS SET UP BY HER PHYSICIAN. EVEN WITH ACCOMODATIONS, HER CONDITION HAS DETERIORATED, AND SHE HAS BEEN UNABLE TO PERFORM THE PHYSICAL REQUIREMENTS.

5. Results of agency reassignment efforts (Check one of the following statements)

☐ Reassignment is not necessary because employee's service is fully successful and there are no medical restrictions from performing critical duties or from attending work altogether.

☐ The employee declined reassignment to the vacant position(s) in this agency at the same grade or pay level and tenure, within the same commuting area for which employee meets minimum qualifications.

☒ The employee was not reassigned to any vacant position in this agency at the same grade or pay level and tenure, within the same commuting area for which employee meets minimum qualifications. The position(s) identified and reason(s) for non-assignment are shown below.

Juneau does not have any positions which would accomodate her extremely limited physical requirements. Wanda does not type, therefore she is unable to perform clerical duties, and all other positions require the same level of physical activity.

**CERTIFICATION BY COORDINATOR FOR EMPLOYMENT OF THE HANDICAPPED OR OTHER AUTHORIZED AGENCY OFFICIAL:**
I CERTIFY that this statement is true to the best of my knowledge and belief.

| 8. Signature of Responsible Agency Official | 9. Date | 10. Telphone Number (Including area code) |
|---|---|---|
| *James M. Donaghey* | November 29, 1995 | (907) 586-7985 |

| 11. Typed Name of Responsible Agency Official | 12. Title of Responsible Agency Official |
|---|---|
| JAMES M. DONAGHEY | POSTMASTER |

Office of Personnel Management
5 CFR 844

ORIGINAL—To OPM Through Agency Channels

Standard Form 3
August



## United States
## Postal Service

May 7, 1997

Wanda K. Temple
PO Box 32046
Juneau, AK 99503-2046

Dear Wanda:

*CONGRATULATIONS!*

This letter is to express my appreciation to you for your dedication and contribution during your six years of government service.

You are a valuable asset to the Anchorage District.  Your broad work experience with the U. S. Postal Service has earned you the respect of many of your co-workers and higher level management.

Please accept this Certificate of Appreciation Service Award in recognition of your longevity with the U. S. Postal Service.

Thank you for such a great achievement!

Sincerely,

Robert J. Opinsky
District Manager, Customer Service & Sales

cc:  Official Personnel Folder

**EXHIBIT NO.** _10_

# SERVICE AWARD

This certificate is awarded to

## WANDA K. TEMPLE

in grateful appreciation for dedicated service
during an honorable career of 6   years service
to the Government of the United States
Given by

### THE UNITED STATES POSTAL SERVICE

on this occasion of your retirement

Date   *March 21, 1997*



_____

*Robert J. Opinsky*
*District Manager, Customer Service & Sales*
*Anchorage, Alaska*