EXHIBIT NO. 5

Dec 05 03 03:53p    Rosa Seabreeze Gaona          9075235258                p.2

Dec 01 03 12:54p    Rosa Seabreeze Gaona          9075235258          p.1
NOV-24-2003 18:01 FROM:BOPS      5868497      TO: 5235258      P.2/4

(1 of 3)

# Bartlett Regional Hospital

3260 Hospital Drive • Juneau, Alaska 99801 • Telephone 907-586-2611

*Evidence:
for action Judge*

Date: 9/5/03
Name: Rosa Gaona      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           11/25/03
DOB: 2/08/54                                Dr. Stiller 12/01/03

### Psychiatric Evaluation

**Identifying Information:** This is a 49-year-old, single female, who is here for a Worker's Comp evaluation.

**History of Present Illness:** The patient states that she had been working for the Post Office for approximately 18 years. In 1995 she had an injury at work where she injured her back. At that time by her report, because of the injury, she required accommodations at work and evidently was having a difficult time getting accommodation. She also had to file several grievances, which caused retaliation. The situation at work deteriorated over the years. The patient reports an ongoing system of harassment, and she felt that they were trying to get her to quit. She stated that she became more depressed, fearful, feeling that "people are trying to get rid of me." Evidently in August 2002, a coworker reported that he had overheard the union president report that he was going to help the Post Office in getting the patient fired. She stated that "I just gave up finally." Prior to that she'd been making every effort to continue working in spite of what she perceived as a very hostile workplace. At that time she became even more depressed. She reported disturbed sleep with nightmares about her work situation. She reported ruminations, feeling angry, agitated, crying spells, feelings of persecution, feeling overwhelmed, frustrated, hopeless, and having intrusive thoughts of events at work. Also at times reported the intrusive thoughts would reach the intensity of feeling that she was reliving the event. She became more and more isolated and began developing passive suicidal ideation, stating that "sometimes I feel like I wish I could just go to sleep and not wake up." She denies intent or plan of actually killing herself, but states that she's "completely worn out dealing with the Post Office."

**Past Psychiatric History:** Evidently the patient had never had any psychiatric problems or psychiatric interventions prior to the situation at work. The first time she actually sought out psychiatric intervention was after August 2002. She was seen by Dr. Schults at the mental health center in Juneau. Initially, she was treated with Zoloft, but did not tolerate that due to gastrointestinal side effects. She was switched to a combination of Wellbutrin and Klonopin which has given her some relief.

**Past Medical History:** She's been diagnosed with hypertension since the onset of her work-related problems. The only other illness that she reports is the back injury that she had in 1995. She reports that that was finally diagnosed as a myofascial syndrome, and she does report that

EXHIBIT NO. _____

RECEIVED
DEC -5 2003
OHNA-ANCHORAGE

NO. 0822   P.3       JAHMI 907 586 3977       DEC. 5.2003 2:27PM

Dec 01 03 12:54p    Rosa Seabreeze Gaona    9075235258    p.2
NOV-24-2003 16:01 FROM:BOPS    5868497    TO:? 5235258    P.3/4

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 –
Enclosed.

12-01-03
Dr. Shiner
2/3

Name: Rosa Gaona
Page 2
Date: 9/5/03
DOB: 2/08/54

the pain which had been persistent and chronic since 1995 actually markedly improved after she stopped work in August 2002.

**Family History:** Negative for mental illness.

**Social History:** The patient was born in Seattle and grew up in Ketchikan. She is single. She has no children. She reports working for the Postal Service for 18 years and stated, "I loved my job." She states that "I just want to go back to work, but they won't let me."

**Drug and Alcohol History:** The patient reports moderate alcohol use. Never had any negative effects from alcohol, i.e. she's never had a DWI or any kind of legal or medical problems.

**Mental Status Examination:** She's casually dressed and cooperative. Speech is basically normal rate and rhythm. Mood is "very stressed." Affect is constricted and anxious. Thought processes: there are no loose associations, no delusions, no auditory/visual hallucinations. She is endorsing intrusive thoughts of harassment at the Post Office. She's also endorsing nightmares with the same content of the Post Office. She also is reporting occasional, what appear to be frank flashbacks of events from the Post Office. She is reporting passive suicidal ideation, but denies any intent or plan to actually harm herself. She's oriented x 3. Her intellect is intact. Her insight is intact. Her judgment is intact.

**Impression:** This is a 49-year-old female who is currently suffering from severe major depression and posttraumatic stress disorder. Patient still is not doing well in spite of medication intervention. The causal relationship of her depression and posttraumatic stress symptoms are clearly linked to her work situation. She had no history of mental illness symptoms prior to 1995 and actually never had any psychiatric intervention until 2002. It is clear, based on information from the patient and from review of the records, that the patient's onset of illness is related to the factors at work, and that a hostile work environment continues to contribute to her current emotional state. To be more specific, according to the DSM-IV, the main causative factor of posttraumatic disorder is an overwhelming physical or psychological event that is beyond any normal human expectation. The severity of the injury and the length of the illness is related to the psychological or physical fragility of the patient and also the length of the insult or trauma. According to "Memorandum to the Record in the Case of Rosa S. Gaona, Injury No. A142012203", which was signed by Mr. Scott Gordon, Claims Examiner, and dated 10/22/02, it clearly states that the final overwhelming insult was when one of Ms. Gaona's co-workers informed her that her union president had stated that he was going to help the U.S. Postal Service get her fired. That agrees with the patient's account to this examiner of what happened. Any employee would normally expect that the union president would be her staunchest ally in any disagreement with her employer. Especially in Ms. Gaona's case where she had an ongoing disagreement with her employer for a number of years and was already in a fragile emotional state and suffering from Recurrent Major Depressive Disorder, suddenly finding out that the one person that she thought would be her staunchest ally was actually working with her "enemies" would definitely be an overwhelming psychological blow beyond normal expectation. The record itself clearly documents the insult and her reaction to it.

RECEIVED
DEC – 5 2003
OHNA-ANCHORAG[E]

Dec 01 03 12:55p   Rosa Seabreeze Gaona   5960497   9075235258   p.3
NOV-24-2003 18:02 FROM:BOPS   TO:9075235258   P.4

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   Evidence   12-01-03 Dr. Scilnor 3g3

Name: Rosa Gaona
Page 3
Date: 9/5/03
DOB: 2/08/54

**Diagnosis:**

Axis I:   Posttraumatic Stress Disorder, Severe. Major Depressive Disorder, Recurrent, Severe without Psychotic Features.

Axis II:  Deferred.

Axis III: Myofascial pain syndrome and history of migraines.

Axis IV:  Severe stressors related to her work environment and ongoing legal disputes with her employer and the union.

Axis V:   GAF Last Year: Unknown    Currently: 35

**Plan:**
Agree with patient's current psychiatric treatment.

Charles T. Ellis, MD
Consulting Psychiatrist

mlf



RECEIVED
DEC - 5 2003
OHNA-ANCHORAGE

11/18/2002  15:58    5863877                      JAMI                              PAGE  02

# JAMHI

3406 Glacier Hwy, Juneau, AK 99802

*Juneau Alliance for Mental Health, Inc.*

November 12, 2002



RECEIVED
NOV 19 2002
OHNA ANCHORAGE

To Whom It May Concern:

Ms. Rosa Gaona (date of birth 02/08/54) is a patient out of the care of this clinic. She suffers from depression and anxiety. She is not able to return to the work that she had previously been doing but she might be able to succeed at a less stressful position. She suspects, and I concur, that she would most likely be successful stocking groceries other such night work. Night janitorial might also be a possibility for her. Please extend to her what other consideration this allows.

_____          _11/18_____
Robert Schults, MD                              Date

FAXED
NOV 23 2002  @ 12:15
BY ___ to E. _____
   R. Ward
   J. Kampermeyer

# JAMHI



3406 Glacier Hwy, Juneau, AK 99802

*Juneau Alliance for Mental Health, Inc.*

## Medication Management Note

| | | | |
|---|---|---|---|
| **Consumer Name** | Gaona, Rosa | **Date** | 01-30-03 |
| **Consumer DOB** | 02-08-54 | **Start Time** | 13:40 |
| **Consumer #** | 1388 | **End Time** | 14:00 |
| **Service Modality** | 232 (90862) | **Duration** | 00:20 |

Patient notes that she is off the Paxil. She states that it gave her the runs. Patient states that the other antidepressants that she's been on in the past was Zoloft and it gave her the runs also. Patient notes that she continues to struggle with depression, anxiety and low energy. She notes that she has troubles with sleep. She notes that her appetite is adequate, if anything excessive. Patient discussed interpersonal relationship troubles. Patient states that that's the main thing that gets in her way with her ability to return to work. She states that she's able to do all the other assignments of a city carrier.

**Mental Status Evaluation:** General appearance is a neat, clean woman. Good eye contact. No tics, no tremors, no tears. Intense style. Her thought content was regarding her interpersonal difficulties in the sense that the Union's not on her side. Her thought processes were presented in an organized and rational and excessively paranoid fashion. Orientation's intact.

**Assessment:** Major Depressive Disorder, recurrent, severe without psychotic features
Alcohol Abuse
Post Traumatic Stress Disorder

**Plan / Recommendations:** Patient was given information about the risks and benefits of a trial of Wellbutrin versus other antidepressants versus no psychopharmacologic changes. She seemed to understand and was willing to follow through with same. Patient was started on Wellbutrin SR 150mg each morning for three days then each morning and each midday. Patient is also encouraged to continue in counseling with Carolyn Lemmon. Patient is to work on her anger management and understanding what is going on with her relationships. I'm unable to give a specific date to return to work. Unable to give any specific work restrictions. Patient does seem to need a different personnel to interact with. Unable to come up with anyway that she could develop a relationship with somebody on the only one sided information

FAXED
FEB - 7 2003
BY

RECEIVED
FEB - 7 2003

Dictated: 01-30-03
Transcribed: 02-01-03

Patient Name: Gaona, Rosa                              Job: 4335                1
                                                        Patient ID: 1388

that I have been provided with by the patient. It appears that her animosity towards both the Union and current supervisor are pretty much fixed. I intend to continue to follow her on a monthly basis, continue her in counseling her as an outpatient. One of the thought that one might do with someone like her is to change her to a different job setting to interact with other people or switch her to night janitorial.

*Robert Schults, MD*  signature       2/4/03
Robert Schults, MD                    Date

CC: Fax on the USPS form that let us become aware of this.

**CONFIDENTIAL**





Dictated: 01-30-03
Transcribed: 02-01-03     Patient Name: Gaona, Rosa     Job: 4335      2
                                                        Patient ID: 1388



**Juneau Alliance for Mental Health, Inc.**
Over Fifteen Years of Quality Community-Based Mental Health Services

March 26, 2003

To whom it may Concern:

Ms. Rosa Gaona (D.O.B. 2/8/54) is a patient under the care of this clinic. She is unable to work at her former position at this time. She has had profound troubles with her mood and anxiety level. She will not be able to work until a position which accomodates for her illness is arranged. IF I can be of further assistance in this matter, please feel free to contact me at the above number.

Respectfully,

Robert W Schultz, MD

RECEIVED
DEC - 5 2003
OHNA-ANCHORAGE

3406 Glacier Highway
Juneau, Alaska 99801

Tel. (907) 463-3303
Fax (907) 463-6858
email info@jamhi.org

TO:     ROSA GAONA

DATE:   June 8, 2000

This is a written instruction and it must be followed with out exception. You are not to case your DPS mail from this day forward. Their will be no exceptions.

You are not to work more than eight hours a day under any circumstances.

Kenneth Cikler
Supervisor Customer Service

**EXHIBIT NO.** G