NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| ROSA GAONA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>　　　　Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendant moves for an extension of time of one week to file its reply to Plaintiff's opposition to its motion for summary judgment. The current deadline to file a reply is December 1, 2006. Additional time is requested due to multiple deadlines that the undersigned faces between now and Friday.

The undersigned has contacted opposing counsel, who does not oppose this request. If this request is granted, the new deadline for filing a reply would be December 8, 2006.

Respectfully submitted this 27th day of November, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2006,
a copy of the foregoing Unopposed Motion
for Extension of Time was served electronically on
Patricia S. Rose.

s/ Richard L. Pomeroy