IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>　　　　　Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**[PROPOSED] ORDER** |

　　　　Defendant's motion for an extension of the deadline to file a reply is hereby GRANTED. Defendant reply to Plaintiff's opposition to the Defendant's motion for summary judgment is due December 8, 2006.


_____　　　_____
Date:　　　　　　　　　　　　　　　　　James K. Singleton
　　　　　　　　　　　　　　　　　　　　United States District Court Judge