NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>      Defendant. | Case No. 3:04-cv-118-JKS<br><br>**MOTION TO STRIKE SUPPLEMENTAL BRIEFING AT DOCKET 57** |

      Defendant, after several extensions of time, filed a motion for summary judgment on September 6, 2006.  See Docket 32.  Plaintiff, after several extensions of time, opposed the motion and filed several declarations to support that opposition.  See Docket 43 through 55.  A few days later, Plaintiff filed another opposition, without leave of court, providing supplemental briefing to the opposition to Defendant's motion for summary judgment that Plaintiff filed the week before.  See Docket 57 & 58.   Defendant moves to strike these supplemental pleadings.

      Plaintiff filed three documents – Docket 54, 55 and 57 – that provide legal argument in opposition to Defendant's motion for summary judgment.  Docket 54 and 55 are identical and

were filed on the same day. Docket 57 presents an additional, more detailed opposition. Plaintiff filed this without leave of court and without explanation. A party is limited to one document to serve as its opposition to a motion, not a progression of filings.

Plaintiff's triad of oppositions presents a confusing situation, since it is not clear whether the Defendant must respond to all three or only the first opposition that was filed. Since these were filed without leave of court, neither the Court nor the Defendant know what to make of this situation. The Court has great discretion in whether to permit this sloppy practice. Defendant asks that, in the interest of judicial economy, the Court strike Plaintiff's supplemental opposition at Docket 57. The supplemental opposition was improperly submitted without following proper procedure for requesting the filing of supplemental filings. Nothing has been offered to justify its filing. It should be stricken.

Respectfully submitted this 27th day of November, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2006, a copy of the foregoing  MOTION TO STRIKE SUPPLEMENTAL BRIEFING AT DOCKET 57 was served electronically on
Patricia S. Rose.


s/ Richard L. Pomeroy

Gaona v. Potter
Case No. 3:04-cv-00118-JKS                    3