Page 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ROSA GAONA,                )
                           )
          Plaintiff,       )
                           )
v.                         )
                           )
JOHN E. POTTER,            )
Postmaster General,        )
                           )
          Defendant.       )
_____)

Case No. A04-114 CV (JKS)

DEPOSITION OF ROSA GAONA
Pages 1 through 153, Inclusive
Taken: Tuesday, September 20, 2005
Place: Juneau, Alaska

Page 147

1  U.S., I understand. She's gone back to the
2  Philippines.
3      Q.  Oh, she was Filipino?
4      A.  Yes.
5      Q.  Laura Hinkman? Who is she?
6      A.  It is been a long time since -- she was
7  injured, and I can't remember exactly. Edwin Soto
8  would know more about her situation, but he gave me
9  her name. She was accommodated at Mendenhall
10 station for some type of injury. I'm not --
11 honestly, I cannot remember what the circumstances
12 were around her situation.
13         MS. ROSE: And just to represent,
14 that preliminary witness list was obviously drawn up
15 with the scope of the complaint being the '95
16 Carroll hearing limitation that may be changing,
17 incidentally.
18         MR. POMEROY: Yes.
19         MS. ROSE: Okay.
20         MR. POMEROY: Since I think it's
21 safe to say that the status of this case is in flux,
22 I think that's all the questions I have at this
23 time, with the understanding that I reserve the
24 right to continue the deposition, depending upon
25 what -- well, one, if we have an amended complaint;

Page 148

1  or, two, depending upon the clarification of
2  additional matters that may be -- that are in the
3  administrative pipeline that were not intended to be
4  covered in this litigation but may be added to this
5  litigation, because we may need to explore some
6  items that were not covered here.
7          So I just want to say, rather than
8  concluding, we are just recessing, reserving the
9  right to continue the deposition.
10         Is that acceptable to counsel?
11         MS. ROSE: Yes. I mean, with the
12 understanding that, hopefully, we also have some
13 discovery cutoff issues, obviously, based on the
14 prior schedule, and that because of the fluctuating
15 nature of the discovery, that, hopefully, you and I
16 will either spend some time now, if you are
17 available, to talk about some of these procedural
18 issues off the record and resolve as many of them as
19 possible -- and then that means completing her
20 deposition wouldn't be occurring today or in the
21 immediate future.
22         MR. POMEROY: Correct. At some
23 future time.
24         MS. ROSE: Do you have any
25 questions about that? Do you want to go off the

Page 149

1  record?
2          Let's off the record for just a
3  moment.
4  2:20 PM
5          (Off record)
6  2:42 PM
7          MR. POMEROY: Back on record.
8  BY MR. POMEROY:
9      Q.  I understand from the break that you
10 wanted to add something to --
11     A.  Well, she's already on the list. I
12 think we missed her. Linda Martinsegal.
13     Q.  Okay. I don't recall that. Let's --
14     A.  Her last name is spelled
15 M-A-R-T-I-N-S-E-A -- I mean, I'm sorry,
16 M-A-R-T-I-N-S-E-G-A-L, first name Linda.
17     Q.  And who is she?
18     A.  She's a postal -- was a postal employee
19 for many years. I first met her in 1986, downtown.
20 She has always had a very serious mental condition
21 that caused not only her work, but people around
22 her, problems. And Ruth Drake went through many,
23 many extremes to help keep this woman at work.
24         So she was another person that was
25 accommodated. That's all I had to say about that.

Page 150

1      Q.  Okay. And what was her mental
2  condition, if you know?
3      A.  If I understand correctly, she was --
4  she is a schizophrenic, depressed person. Nothing
5  derogatory towards her. Actually, I was very good
6  friends with her. But she was accommodated way
7  beyond -- to have a manager help you stay at work,
8  again, that tells you a lot.
9      Q.  And do you recall when she ended
10 employment with the postal service?
11     A.  She finally retired out due to union
12 suggestion, I believe -- now, I'm going to say about
13 1999, but I'm not real sure.
14     Q.  Okay.
15         MR. POMEROY: I think we are able
16 to conclude for today.
17         MS. ROSE: Thank you.
18         THE WITNESS: Thank you.
19     (Deposition adjourned at 2:44 p.m.)