IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>    Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**ORDER** |

Defendant's motion for an extension of the deadline to file a reply is hereby GRANTED. Defendant's reply to Plaintiff's opposition to the Defendant's motion for summary judgment is due December 8, 2006.

  November 29, 2006                              /s/James K. Singleton, Jr.
Date:                                           James K. Singleton, Jr.
                                                United States District Court Judge