NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>　　　　Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**MOTION FOR EXTENSION OF TIME** |

Defendant moves for an extension of time of an additional one week to file its reply to Plaintiff's opposition to its motion for summary judgment. The current deadline to file a reply is December 8, 2006. Additional time is requested due to the unexpected time that finishing an appellate brief has taken.

The undersigned has contacted opposing counsel, who had indicated earlier a general non-opposition to extensions in light of the undersigned's past reciprocity. However, plaintiff's counsel was unavailable for confirmation of this general understanding as it pertains to this specific request.

If this request is granted, the new deadline for filing a reply would be December 15, 2006.

Respectfully submitted this 7th day of December, 2006, in Anchorage, Alaska.

                                                    NELSON P. COHEN
                                                  United States Attorney

                                                  s/Richard L. Pomeroy
                                                  Assistant U.S. Attorney
                                                  222 West 7th Ave., #9, Rm. 253
                                                  Anchorage, AK 99513-7567
                                                  Phone: (907) 271-5071
                                                  Fax: (907) 271-2344
                                                  E-mail: richard.pomeroy@usdoj.gov
                                                  Alaska Bar No.8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2006,
a copy of the foregoing Unopposed Motion
for Extension of Time was served electronically on
Patricia S. Rose.


s/ Richard L. Pomeroy