IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>       Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**[PROPOSED] ORDER** |

    Defendant's motion for an extension of the deadline to file a reply is hereby GRANTED. Defendant reply to Plaintiff's opposition to the Defendant's motion for summary judgment is due December 15, 2006.

_____       _____
Date:                                           James K. Singleton
                                                      United States District Court Judge