LAW OFFICE OF PATRICIA S. ROSE
157 Yesler Way, Suite 503
Seattle, Washington 98104
(206) 622-8964
206) 622-2593 fax
prose83897@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ROSA GAONA, | Case No. 3:04-cv-00118-JKS |
|---|---|
| Plaintiff, | PLAINTIFF'S RESPONSE TO 2nd MOTION TO EXTEND DEADLINES ON REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S RESPONSE TO DEFENDANTS' PLEADINGS |
| v. | |
| JOHN E. POTTER, Postmaster General, | |
| Defendant. | |

Defendant's recent motion to extend the response and reply dates for the Defendant's Motion for Summary Judgment in unopposed as he indicated. This response is simply to note that with the prior disclosure and knowledge of counsel for Defendant and no opposition, Plaintiff will be also providing substantive replies to Defendant's recent filings, i.e. Docket Nos. 61 and 62 by December 15th 2006 as well.

Plaintiff's Response to Defendant's
2nd Motion to Extend Deadlines-1

Respectfully submitted this 8th day of December, 2006, in Seattle, Washington.

LAW OFFICE OF PATRICIA S.ROSE

s/ _____
PATRICIA S. ROSE, WSBA #19046
Attorney for Plaintiff

I declare under penalty of perjury that prior to filing this response a true and correct copy of the foregoing was sent to the Office of the U.S. Attorney via:

(x) email

s/ _____
Patricia S. Rose