IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>    Defendant. | Case No. 3:04-cv-00118-JKS<br><br>PROPOSED ORDER |

With no opposition from the Plaintiff and in response to Defendant's Motion to Strike, the Court orders that the Docket Nos. 54 and 55 be stricken and replaced with Docket No. 57.

Dated this _____ day of _____, 2006.

_____
The Honorable James K. Singleton
District Court Judge

PROPOSED ORDER-1