IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>　　Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>　　Defendant. | Case No. 3:04-cv-00118-JKS<br><br>PROPOSED ORDER ON PLAINTIFF'S MOTION FOR CR 56(f) RELIEF TO OBTAIN THE TESTIMONY OF JAMES KAMMERMEYER |

　　Based on the motion of plaintiff under CR 56(f), and having reviewed the responsive and reply pleadings herein, this Court finds that Plaintiff has established that she had a good faith basis for not being able to secure the testimony of James Kammermeyer before discovery cutoff and further finds that his testimony would be probative of a genuine issue of material fact in this litigation, i.e. Defendant's motive for alleged discriminatory and/or retaliatory actions, and thus finds and orders that a brief continuance of these proceedings to obtain this testimony is warranted.

　　The Court will permit plaintiff to interview Mr. Kammermeyer *ex parte* or by deposition at the witness's election and that the testimony will be obtained by no later than January 30th 2007 and the Court will defer ruling on the pending Motion for Summary Judgment until that date.

　　Dated this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable James K. Singleton
　　　　　　　　　　　　　　　　　　　　　　District Court Judge

PROPOSED ORDER-1