IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>      Defendant. | Case No. 3:04-cv-00118-JKS<br><br>PROPOSED ORDER ON PLAINTIFF'S MOTION UNDER CR 15 TO PERMIT FILING OF THIRD AMENDED COMPLAINT |

      Based on the motion of plaintiff under CR 15, and having reviewed the responsive and reply pleadings herein, the Court will permit plaintiff to file the Third Amended Complaint for Damages and permit additional discovery on it at the parties' election for a period not to exceed sixty (60) days from the date of entry of this order and/or filing of the Amended Complaint, whichever occurs later.

      Dated this _____ day of _____, 2006.


                                                   _____
                                                 The Honorable James K. Singleton
                                                 District Court Judge

PROPOSED ORDER-1