NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ROSA GAONA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>        Defendant. | Case No. 3:04-cv-118-JKS<br><br>**REPLY TO OPPOSITION TO MOTION TO STRIKE SUPPLEMENTAL BRIEFING** |

Plaintiff filed three substantive pleadings in opposition to Defendant's motion for summary judgment. See Docket 54, 55 and 57. Normally, a party is limited to one pleading to respond to a motion. Therefore, Defendant moved to strike Docket 57. Plaintiff's response to that motion is to explain that Docket 57 is what she wants the Court to consider as her opposition and for the Court to ignore, or to strike, Docket 54 and 55. She further claims that Defendant should not be confused by this. She offers no explanation for the multiple filings or why this unorthodox practice is not confusing or prejudicial. Her post hoc rationalization is unconvincing.

Defendant asks that the Court exercise its discretion, and in interest of judicial economy, strike Plaintiff's supplemental opposition.

Alternatively, should the Court permit the filing of Docket 57 in addition to, or in lieu of, Docket 54 and 55, Defendant asks for opportunity to respond to the additional arguments raised in Docket 57.

Respectfully submitted this 20th day of December, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2006,
a copy of the foregoing REPLY TO OPPOSITION TO
MOTION TO STRIKE SUPPLEMENTAL BRIEFING
was served electronically on
Patricia S. Rose.

s/ Richard L. Pomeroy