NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>      Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT** |

      Defendant moves for an extension of time of an additional thirty days to file its Answer to Plaintiff's Third Amended Complaint.  The current deadline to file an answer is July 21, 2007. Additional time is requested to review the new allegations presented in the third amended complaint.

      The undersigned has contacted opposing counsel, who has no objections to an extension.

      If this request is granted, the new deadline for filing an Answer would be August 20, 2007.

Respectfully submitted this 12th day of July, 2007, in Anchorage, Alaska.

                                                NELSON P. COHEN
                                                United States Attorney

                                                s/Richard L. Pomeroy
                                                Assistant U.S. Attorney
                                                222 West 7th Ave., #9, Rm. 253
                                                Anchorage, AK 99513-7567
                                                Phone: (907) 271-5071
                                                Fax: (907) 271-2344
                                                E-mail: richard.pomeroy@usdoj.gov
                                                Alaska Bar No.8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2007,
a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT** was served electronically on Patricia S. Rose.


s/ Richard L. Pomeroy