IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA, ) | Case No. 3:04-cv-00118-JKS |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER** |
| ) | |
| v. ) | |
| ) | |
| JOHN E. POTTER, Postmaster ) | |
| General, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Defendant's Unopposed Motion for an Extension of Time to Answer Plaintiff's Third Amended Complaint until August 20, 2007, in this case is hereby GRANTED.

Date: _____

_____
James K. Singleton
United States District Court Judge