IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA, | Case No. 3:04-cv-00118-JKS |
| Plaintiff, | **ORDER** |
| v. | |
| JOHN E. POTTER, Postmaster General, | |
| Defendant. | |

The Defendant's Unopposed Motion for an Extension of Time to Answer Plaintiff's Third Amended Complaint until August 20, 2007, at **Docket No. 77** in this case is hereby **GRANTED**.

July 13, 2007         /s/ James K. Singleton, Jr.
Date:                      James K. Singleton, Jr.
                                United States District Court Judge