NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>        Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**ANSWER TO THIRD AMENDED COMPLAINT** |

Defendant answers Plaintiff's Third Amended Complaint as follows:

<u>I.  PARTIES</u>

1.1     Admit.

1.2     Denied.  The Postmaster General is John Potter.  The remainder is statement of

jurisdiction to which no response is required.

## II. JURISDICTION AND VENUE

2.1   Paragraph 2.1 is a statement of law to which no response is required; to the extent that an

answer is required, denied.

2.2   Paragraph 2.2 is a statement of law to which no response is required, to the extent that an

answer is required, denied.

2.3   Denied.

2.4   Paragraph 2.4 is a statement of law to which no response is required, to the extent

that an answer is required, denied.

2.5   Paragraph 2.5 is a statement of law to which no response is required.

## III.  FACTUAL ALLEGATIONS

3.1   Admit that Plaintiff was began her postal career in March, 1986 and that she

worked out of the Federal Building station in Juneau, Alaska..  The remainder of

paragraph 3.1 is denied.

3.2   Defendant is not aware of Plaintiff's actual descent, but avers that she is Alaskan

native.         Defendant admits only that Plaintiff was active in the National

Association of Letter Carriers (NALC) during her employment. The remainder of

paragraph 3.2 is denied.

3.3   Denied.

3.4  Defendant admits that Plaintiff was an active union steward and filed grievances against the Postal Service on behalf of herself and other employees. The remainder of paragraph 3.4 is denied.

3.5  Denied.

3.6  Denied.

3.7  Admit only that Plaintiff had a injury on duty on October 30, 1995 as a result of a slip and fall from a parking lot to the Federal Building. Admit that Plaintiff suffered a back injury. The remaining allegations in paragraph 3.7 are denied.

3.8  Admit only that Plaintiff sought medical care, was off on leave for a short time, and returned to duty with limitations. The remaining allegations in paragraph 3.8 are denied.

3.9  Denied.

3.10  Denied.

3.11  Denied

3.12  Admit only that Plaintiff had depression and anxiety. The remaining allegations in paragraph 3.12 are denied.

3.13  Denied.

3.14  Admit only that Plaintiff was absent for an extended period of time between 2002 and the spring of 2004. The remaining allegations in paragraph 3.14 are denied.

3.15  Denied.

3.16    Admit only that Plaintiff was sent an options letter after the completion of the DRAC process on or about March, 2004, because she was not disabled and claimed she could not work out of the Federal building office.  The remaining allegations in paragraph 3.16 are denied.

3.17    Admit that the options letter was rescinded and the agency met with her union and offered her a temporary light duty position as a custodian at the Mendenhall facility.  The remaining allegations in paragraph 3.17 are denied.

3.18    Denied.

3.19    Admit that Plaintiff performed the duties of the temporary light duty custodial position satisfactorily.  The remaining allegations in paragraph 3.19 are denied.

3.20    Denied.

3.21    Admit only that Plaintiff filed an EEO complaint in the fall of 2005.  The reaminig allegations in paragraph 3.21 are denied.

3.22    Denied.

3.23    Denied.

## IV.  CAUSE OF ACTION No. 1

4.1    Defendant incorporates its responses to Paragraphs 1.1 to 3.23 above.

4.2    Denied.

4.3    Denied.

## V.  CAUSE OF ACTION No. 2

5.1   Defendant incorporates its responses to Paragraphs 1.1 to 4.3 above.

5.2   Denied.

5.3   Denied.

5.4   Denied.

## VI.  CAUSE OF ACTION No. 3

6.1   Defendant incorporates its responses to Paragraphs 1.1 to 5.4 above.

6.2   Denied.

6.3   Denied.

## VII.  CAUSE OF ACTION No. 5 [sic]

7.1   Defendant incorporates its responses to Paragraphs 1.1 to 6.3 above.

7.2   Denied.

7.3   Denied.

## VIII.  DAMAGES

8.1   Defendant incorporates its responses to Paragraphs 1.1 to 7.3 above.

8.2   Denied.

8.3   Denied.

8.4   Denied.

The remainder of Plaintiff's Third Amended Complaint is a prayer for relief, to which no response is required. All allegations that are not explicitly denied should be deemed denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint fails to state a claim upon which relief can be granted.

2. Plaintiff has failed to exhaust administrative remedies.

3. Plaintiff has failed to file her claims within the appropriate statute of limitation.

4. Plaintiff is collaterally estopped from taking a position contrary to that taken before in any previous proceeding or her testimony previously provided under oath

5. Plaintiff is not a qualified individual with a handicap within the meaning of the Rehabilitation Act of 1973.

6. Defendant's actions were based upon legitimate, non-discriminatory business reasons.

7. Defendant was not served properly pursuant to the Federal Rules of Civil Procedure.

8. Plaintiff has failed to mitigate her damages.

9. Defendant is not a party subject to the Americans with Disabilities Act.

All other defenses not herein stated are specifically reserved, and shall be asserted at such

time as the facts supporting their assertion are made known to, or discovered by, the Defendant.

WHEREFORE, Defendant prays for relief as follows:

1. For dismissal of Plaintiff's Complaint with prejudice.

2. For the entry of judgment in favor of the Defendant.

3. That Plaintiff takes nothing by this action.

4. For such further and other relief as the Court may deem just and proper.

Respectfully submitted this 20th day of August, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

OF COUNSEL:
Leigh Bonds
USPS Law Dept. - Western Area Office
9350 South 150 East, Ste. 800
Sandy, UT 84070-2716
(801) 984-8428

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2007, a copy of the
foregoing **ANSWER TO THIRD AMENDED COMPLAINT**
as served electronically on Patricia S. Rose.


s/ Richard L. Pomeroy