UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROSA S. GAONA   v.   JOHN E. POTTER

THE HONORABLE JAMES K. SINGLETON

Deputy Clerk                              CASE NO.  3:04-CV-00118-JKS

Natalie Day

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: November 30, 2007

A Rule 16(b) minute order requiring a status report was issued in this case, and no timely report was filed.

**XX**   File Rule 16(b) status report within 15 days from the date of this minute order.

___   Show cause within 15 days from the date of this minute order why this case should not be dismissed for repeated failure to comply with a Rule 16(b) minute order.

___   This case is dismissed for repeated failure to comply with a Rule 16(b) minute order and follow-up minute order(s).

A status report has been filed in response to the court's call for a status report which fails to comply with the court's Rule 16(b) minute order. The deficiencies are noted below. A complete report, complying in all respects with the Rule 16(b) minute order, shall be filed within 15 days of this minute order. Deficiencies:

[]{IIA2.WPD*Rev.12/96}