NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br><br>       Defendant. | Case No. 3:04-cv-118-JKS<br><br>**SCHEDULING AND PLANNING CONFERENCE REPORT** |

1. **Meeting**. In accordance with Fed..R.Civ.P. 26(f), counsel for the parties conferred as to the discovery needs of this case :

    Patricia S. Rose, attorney for plaintiff.

    Richard L. Pomeroy, attorney for defendant

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

    <u>x</u> have been exchanged by the parties.

Preliminary witness lists

x have been exchanged by the parties. An amended witness list should be exchanged by January 28, 2008.

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

**Liability**: Plaintiff has alleged in her complaint that she has been discriminated against by her employer based on disability (Count 1), race (Count 4), age (Count 5), sex (Count 6), hostile work environment (Count 3) and that there has been retaliation (Count 2).

Defendant will argue that Plaintiff has not exhausted her administrative remedies for some of the claims and for the remaining claims, Defendant's actions were based upon legitimate, non-discriminatory business reasons as found by the EEO and the OFO.

**Damages**: If Defendant discriminated against the Plaintiff, what damages did she suffer as a result.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

   A.   Discovery will be needed on the following issues:

   The issues stated above.

   B.   All discovery commenced in time to be completed by **May 2, 2008**.

   C.   Interrogatories.

       x   No change from F.R.Civ.P. 33(a)

   D.   Requests for Admissions.

       x   Maximum of fifty requests. Responses due in thirty days.

E.   Depositions.

   x   No change from F.R.Civ.P. 30(a), (d).

F.   Reports from retained experts.

   x   Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

G.   Supplementation under F.R.Civ.P. 26(e) due as new information is acquired, but not later than 60 days before the close of discovery.

5. **Pretrial Motions**.

   x   No change from D.Ak. LR 16.1(c).

6. **Other Provisions**:

   A.   x   The parties do not request a conference with the court before entry of the scheduling order.

   B.   Alternative Dispute Resolution.

   x   This matter is not considered a candidate for court-annexed alternative dispute resolution. The parties may wish to revisit this position at the close of discovery, in which case a motion for a settlement conference will be filed.

   C.   The parties ☒ do not consent to trial before a magistrate judge.

7. **Trial**.

   A.   The matter will be ready for trial:

   x   **90 - 120 days** after the discovery close date.

   B.   The matter is expected to take **five to seven days** to try.

C.   Jury Demanded: x Yes

Respectfully submitted this 3rd day of December, 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Richard L. Pomeroy
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: richard.pomeroy@usdoj.gov
        Alaska Bar No. 8906031

        LAW OFFICES OF PATRICIA S. ROSE
        Attorney for Plaintiff

        s/Patricia S. Rose
        157 Yesler Way, Suite 503
        Seattle, WA 98104
        Phone: (206) 622-8964
        Fax: (206) 622-2593
        E-mail: Prose83897@aol.com
        Washington Bar No. 19046