IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,            )<br>                                )<br>   Plaintiff,          )<br>                                )<br>   v.                         )<br>                                )<br>JOHN E. POTTER, Postmaster )<br>General,                    )<br>                                )<br>   Defendant.        )<br>                                ) | Case No. 3:04-cv-118-JKS<br><br>**[PROPOSED] ORDER** |

The Defendant's Motion for Protective Order in this case is hereby GRANTED.

_____                              _____
Date:                                                              Honorable James K. Singleton
                                                                      United States District Court Judge