NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>          Defendant. | Case No. 3:04-cv-118-JKS<br><br>**ERRATA TO MOTION FOR PROTECTIVE ORDER** |

    Defendant inadvertently did not attached the exhibits referenced in its motion for protective order filed yesterday. To correct that error, Exhibits A, B, and C are included with this filing.

Respectfully submitted this 21st day of March, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2008, a copy of the foregoing **ERRATA TO MOTION FOR PROTECTIVE ORDER** was served electronically on Patricia S. Rose.

s/ Richard L. Pomeroy