**LAW OFFICE OF PATRICIA S. ROSE**
Patricia S. Rose, WSBA #19046
Attorney for Plaintiff
157 Yesler Way, Suite 503
Seattle, Washington 98104
(206) 622-8964 (phone)
(206) 622-2593 (fax)
Email: prose83897@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ROSA S. GAONA<br><br>           Plaintiff,<br><br>     v.<br><br>JOHN E. POTTER,<br>           Defendant. | No. CV 3:04-CV 00118-JKS<br><br>NOTICE OF DEPOSITION<br>OF JAMES KAMMERMEYER<br>AND SUBPOENA DUCES TECUM |

To       JAMES KAMMERMEYER
         FEDERAL AVIATION ADMINSTRATION
         LABOR RELATIONS REPRESNTATIVE
         C/O COUNSEL FOR DEFENDANT

AND TO:  RICHARD POMEROY
         Attorney for Defendants
         Assistant United States Attorney
         Federal Building and U.S. Courthouse

NOTICE OF DFEPOSITION-1

Exhibit A

Page 1 of 2

1  222 West 7th Avenue, #9, Room 253
2  Anchorage, AK 99513-7567

3  YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that under
4  the authority of Rule 30 of the Federal Rules of Civil Procedure, the deposition
5  testimony of JAMES KAMMEMEYER will be taken either telephonically or in
6  person upon Oral Examination at the offices of THE UNITED STATES
7  ATTORNEY, 222 West 7th Avenue, #9, Room 253, Anchorage Alaska,
8
9  commencing at the hour of 10 AM on April 4, 2008, the said Oral Examination
10 to be subject to continuance or adjournment from time to time or place to place
11 until completed, and to be taken on the ground and for the reason the said witness
12 will give evidence material to the establishment of the Plaintiff's case.
13
14 YOU JAMES KAMMEMEYER ARE FURTHER COMMANDED TO
15 bring with you to the deposition the originals of any and all documents and
16 writings that you have in your custody or control that memorialize or refer to any
17 interactions with plaintiff or that relate to any actions taken by you that relate to
18 plaintiff. HEREIN FAIL NOT AT YOUR PERIL.
19
20 Respectfully submitted this 4th day of February 2008
21
22                                  LAW OFFICE OF PATRICIA S. ROSE
                                    s/ Patricia S. Rose
23                                  _____
24                                  Patricia S. Rose, WSBA #19046
                                    Attorney for Plaintiff
25
   NOTICE OF DFEPOSITION-2
26                                                              Exhibit A