

## Law Office of
## Patricia S. Rose
*Employment & Civil Rights Law*

157 Yesler Way, Suite 503
Seattle, WA 98104
Ph: (206) 622-8964
Fax: (206) 622-2593
prose83897@aol.com
www.giget.com/roselaw

VIA FAX AND EMAIL:
ORIGINAL TO
FOLLOW BY US MAIL
February 4, 2008

Mr. Richard A. Pomeroy
Assistant United States Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

    Re  *Gaona v. Potter*-ADCt No. A04-114 CV (JKS)

Dear Mr. Pomeroy:

  As we indicated earlier this year, in light of the Court's amendment of the complaint and revised discovery schedule, I will need to take some depositions in the above-captioned matter. I also anticipate that you will need to complete the deposition of my client. You should know that she is now residing in Washington State.

  I am enclosing deposition notices for the following individuals for a several day period in April:

1) James Donaghey
2) Stuart Akagi
3) Deborah Brockman
4) Kent Ericksen
5) James Kammermeyer

  I am aware that several of these individuals are based in Juneau and would work cooperatively with your office to locate a site for their depositions there if need be. We also discuss the Government/USPS's position on my intention to secure

Exhibit B

Page 1 of 2



Mr. Richard Pomeroy
Page Two

deposition testimony of James Kammermeyer. Because of the death of one of our key witnesses, Mary Jordan, it will be necessary for me to obtain testimony from Mr. Kammermeyer on issues that she likely would have addressed at trial. Based on her sworn testimony and that of others, I have reason to believe he has personal knowledge related to the intent and comparative treatment of individuals displayed by key mangers at the Juneau station. You indicated that you would likely seek a protective order barring his testimony on unspecified grounds related to his former role as labor relations representative for the Agency.

    I believe this letter accurately summarizes our discussions to date. Please contact me regarding the scheduling of the depositions and with any clarification of your position on the Kammermeyer testimony. You indicated that you will likely file a Motion for Protective Order this month related to that issue. Once again, you should also know that both Ms. Gaona and I also are available to discuss mediation and/or other ADR methods for resolving this matter without the need for extensive discovery as well. Thank you again for your courtesy to date.

Very truly yours,

Patricia S. Rose

Encls   Dep Notices
cc:     Rosa Gaona w /encls

Exhibit B

Page 2 of 2