```
 1              UNITED STATES OF AMERICA
 2       EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
 3              909 FIRST AVENUE, SUITE 400
 4            SEATTLE, WASHINGTON  98104-1061
 5
 6
 7   ROSA GAONA,                        )
 8                                      )
 9              Complainant,            )
10                                      )
11   v.                                 )
12                                      )
13   JOHN E. POTTER, Postmaster         )
14   General, U.S. Postal Service,      )
15                                      )
16              Respondent Agency.      )
17   _____)
18
19   EEOC Case Nos. 380 99 8080X, 380 99 8121X and 380 A1 8110X
20   Agency Nos. 4E-995-0007-98, 4E-995-0025-98 and 4E-995-0008-98
```

                        HEARING
                     Juneau, Alaska
                   September 9, 2002


BEFORE:   HON. JAMES CARROLL, Administrative Law Judge


APPEARANCES:

For the Complainant:      ROSA GAONA
                          9951 Stephen Richards, #19
                          Juneau, Alaska   99801

For the Agency:           JIM KAMMERMEYER
                          Labor Relations Specialist
                          United States Postal Service
                          3201 C Street, Suite 506
                          Anchorage, Alaska   99503-9401
                          (907) 564-2952

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

Exhibit C

Page 1 of 3

i

# TABLE OF CONTENTS

OPENING STATEMENT BY THE AGENCY                                           Page   7

| WITNESSES | Direct | Cross | Redirect | Recross | Voir Dire |
|---|---|---|---|---|---|
| **LINDA SECOR** | | | | | |
|    By Ms. Gaona | 11 | | | | |
|    By Mr. Kammermeyer | | 14 | | | |
|    By The Court | | | | | 19 |
| **FRANCES EBREO** | | | | | |
|    By Ms. Gaona | 21 | | | | |
|    By Mr. Kammermeyer | | 23 | | | |
|    By The Court | | | | | 24 |
| **ROSA GAONA** | | | | | |
|    By Ms. Gaona | 26 | | 81 | | |
|    By Mr. Kammermeyer | | 30 | | | |
|    By The Court | | | | | 82 |
| **CHARLIE LARSON** | | | | | |
|    By Ms. Gaona | 90 | | 96 | | |
|    By Mr. Kammermeyer | | 93 | | 97 | |
|    By The Court | | | | | 98 |
| **JAMES DONAGHEY** | | | | | |
|    By Mr. Kammermeyer | 101 | | | | |
|    By Ms. Gaona | | 116 | | | |
| **DAILANG SACEDA** | | | | | |
|    By Mr. Kammermeyer | 127 | | 138 | | |
|    By Ms. Gaona | | 133 | | 141 | |
| **SANDRA HICKS** | | | | | |
|    By Mr. Kammermeyer | 145 | | 169 | | |
|    By Ms. Gaona | | 160 | | 172 | |
| **DANIEL KELLY** | | | | | |
|    By Mr. Kammermeyer | 180 | | | | |
|    By Ms. Gaona | | 189 | | | |
| **RUTH VINCENT** | | | | | |
|    By Mr. Kammermeyer | 193 | | 202 | | |
|    By Ms. Gaona | | 200 | | 206 | |
| **RON AHRENS** | | | | | |
|    By Mr. Kammermeyer | 208 | | 227 | | |
|    By Ms. Gaona | | 224 | | | |

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

Exhibit C

ii

1  CLOSING ARGUMENT BY THE COMPLAINANT        Page 228
2
3  CLOSING ARGUMENT BY THE AGENCY             Page 229

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

Exhibit C