NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>　　　　Defendant. | Case No. 3:04-cv-118-JKS<br><br>**REPLY TO OPPOSITION TO<br>MOTION FOR PROTECTIVE ORDER** |

　　　　Defendant moved for a protective order pursuant to Federal Rule of Civil Procedure 26(c) to quash or set aside the deposition of James Kammermeyer.  Defendant's motion was based on the reason's the Plaintiff gave in a letter as to why Mr. Kammermeyer's testimony was sought. In her opposition, Plaintiff gave a new reason why she wanted to take Mr. Kammermeyer's deposition - that at some point which may or may not be relevant to the issues presented in this lawsuit, Mr. Kammermeyer took leave of his position within Labor Relations with the Postal Service and was a manager of the downtown post office in Juneau.

Defendant does not oppose taking Mr. Kammermeyer's testimony concerning his time outside of his employment with Labor Relations when he was working in Juneau. If this had been clearly communicated to the defense earlier, this motion probably would not have been necessary.

However, Defendant does object to deposing Mr. Kammermeyer concerning his actions as a Labor Relations Specialist. This information was gathered in his role as advocate for the Postal Service defending the administrative claims of the Plaintiff. This information should be afforded the same protections as work product in a litigation situation.

Respectfully submitted this 8th day of April, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2008, a copy of the foregoing **REPLY TO OPPOSITION TO MOTION FOR PROTECTIVE ORDER** was served electronically on Patricia S. Rose.

s/ Richard L. Pomeroy