NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

Attorney for Defendant

LAW OFFICE OF PATARICIA S. ROSE
Patricia S. Rose, WSBA #19096
157 Yesler Way, Suite 503
Seattle, Washington 98104
(206) 622-8964
(206) 622-2593 (fax)
Prose83897@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>         Defendant. | Case No. 3:04-cv-00118-JKS<br><br>**JOINT MOTION FOR A STAY OF DISCOVERY DEADLINES AND TO MODIFY SCHEDULING ORDER** |

     Plaintiff and Defendant jointly move for a 120 day stay of the time limits for discovery in this case.  Discovery is presently set to close May 2, 2008.  Neither party has completed the

discovery contemplated by each as of this date of this motion.

Both parties moreover agree that the concurrently filed motion of Plaintiff's counsel to withdraw necessitates an extended stay of all pre-trial deadlines, including discovery deadlines until Plaintiff is able, to the best of her ability, to seek and retain new counsel and for that counsel to become familiar with the case and develop a discovery plan of her/his own.

If this request is granted, Plaintiff and Defendant will be directed to file a new status report on or before September 2, 2008, in which Plaintiff's new counsel will make an entry of appearance and a revised joint discovery plan will be submitted to the Court.

A proposed order accompanies this Motion.

Respectfully submitted this 18th day of April, 2008.

s/Patricia S. Rose
LAW OFFICE OF PATRICIA S. ROSE
WSBA #19046
157 Yesler Way, Suite 503
Seattle, Washington 98104
(206) 622-8964
(206) 622-2593 (fax)
Prose83897@aol.com


United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031