IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>      Defendant. | Case No. 3:04-cv-00118-JKS<br><br>PROPOSED ORDER<br>ON MOTION TO STAY<br>DISCOVERY, MODIFY<br>PLANNING AND SCHEDULING<br>REPORT |

    The parties' joint motion to extend discovery and modify the scheduling report in the above-captioned matter is granted in light of the accompanying motion indicating the need for Plaintiff's counsel to withdraw for health reasons and the lack of an substituting attorney to appear for plaintiff.

    Plaintiff will be provided a period of 120 days s from the date of this order or effective date of counsel's withdrawal, whichever is later, to engage new counsel to undertake this matter or decide to proceed pro se. Plaintiff, through any new counsel, and defendant will make a joint status report to the court on September 2, 2008 reflecting the discovery plan that they have developed.

    Dated this _____ day of _____, 2008

                          _____
                          The Honorable James K. Singleton
                          District Court Judge