**LAW OFFICE OF PATRICIA S. ROSE**
Patricia S. Rose, WSBA #19046
Attorney for Plaintiff
157 Yesler Way, Suite 503
Seattle, Washington 98104
(206) 622-8964 (phone)
(206) 622-2593 (fax)
Email: prose83897@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ROSA S. GAONA | No. CV 3:04-CV 00118-JKS |
| Plaintiff, | MOTION OF OF PLAINTIFF'S |
| v. | COUNSEL TO WITHDRAW AS ATTORNEY OF RECORD |
| JOHN E. POTTER, | UNDER LR 11.1 (c) |
| Defendant. | |

## I.   RELIEF REQUESTED

Comes now Plaintiff's counsel, Patricia S. Rose, and does move for withdrawal as attorney of record for Rosa Gaona in the above–captioned matter under LR 11.1(c) of the District Court of Alaska based on good cause as demonstrated by the declaration of counsel accompanying this motion.

MOTION TO WITHDRAW-1

## II.    BASIS FOR MOTION

### A.  STATUS OF CASE

On December 19th, 2007, the Court issued a new scheduling and planning order to the parties following the filing of Plaintiff's Third Amended Complaint. That order required disclosure of witnesses on April 2, 2008 with all formal discovery to be completed by May 2, 2008. Since that date, neither party has made the required witness disclosures, engaged in additional discovery or made any supplemental disclosures. The parties have jointly moved to stay pre-trial proceedings and all discovery in light of the necessity of counsel to withdraw. *See Joint* Motion to Stay Discovery filed today (Docket No.  )

### B.    REASONS FOR WITHDRWAL

Good cause exists for counsel's withdrawal in that counsel's current health condition is requiring an extended leave from legal practice and does not permit her to advance this matter. This situation has been communicated to plaintiff and to opposing counsel. Opposing counsel has raised no objection but plaintiff has informally objected. See Declaration of Counsel accompanying this motion.

### C.   UNAVAILABILITY OF SUBSTITUTING COUNSEL

In communicating her need to withdraw to plaintiff and opposing counsel, Ms. Rose advised that she would make a good faith effort to assist plaintiff to locate possible substituting counsel. Those efforts are ongoing but have not been successful as of this writing. Counsel will

MOTION TO WITHDRAW -2

continue to forward the names of lawyers to plaintiff by email that may be willing to evaluate the matter.

**D. PLAINTIFF'S LAST KNOWN ADDRESS AND CONTACT INFORMATION**

Plaintiff has moved to the State of Washington and within the State several times in the past six months. The following address is the last one provided to counsel where she is able to receive mail but plaintiff may not be residing there. The following are the sole methods counsel has for communicating with plaintiff:

>Rosa Seabreeze Gaona
>870 Birch Bay-Lynden Road
>Cabin No.5
>Lynden, Washington 98264
>Email:  littlestorm@yahoo.com
>Vonage Phone :206  569-4767
>Cell phone:  1 907-209-1813

**E. NEED FOR HEARING**

Because of counsel's need for expedited withdrawal, counsel acknowledges the Court may order a hearing on this motion. Given that both plaintiff and her current counsel are in the State of Washington, any hearing would need to be conducted telephonically as authorized by LR 7.3  To the extent that the Court wishes more information about counsel's medical condition or to permit either plaintiff or the undersigned to make additional evidentiary or testimonial disclosures implicating the attorney-client privilege, counsel requests that such hearing be conducted on shortened time, as authorized by LR 7.2(b) and (c) with a through an in chambers, in camera and/or or ex parte with plaintiff and plaintiff's counsel to protect plaintiff's medical privacy and privilege issues  and in a fashion that minimizes or obviates defense counsel's need to participate .

MOTION TO WITHDRAW -3

Defense counsel has expressed no objection to such a procedure.. Plaintiff's counsel has been advised by the Court's Case Manager that the Court will promptly notice the parties if the Court requires such a hearing.

### III.   CONCLUSION

Plaintiff's counsel has shown good cause for her immediate withdrawal due to her health. Through agreements with opposing counsel, she has made efforts to preserve plaintiff's ability to pursue this litigation through new counsel or pro se, and has attempted to identify resources for plaintiff to obtain substitute counsel .

In light of the foregoing, Counsel respectfully requests that this Court permit her withdrawal from this matter effective immediately and also grant the companion Joint Motion to Stay Discovery.

Alternatively, the Court should schedule a telephonic ex parte hearing on this Motion on an expedited basis as authorized by LR 7.2 and LR 7.3.

Respectfully submitted this 18th day of April 2008.

LAW OFFICE OF PATRICIA S. ROSE

_s/_____

Patricia S. Rose, WSBA #19046
Attorney for Plaintiff

MOTION TO WITHDRAW -4

CERTIFICATE OF SERVICE

I declare under penalty of perjury that prior to filing Plaintiff's Counsel's Motion to Withdraw and the Declaration of Counsel in Support of Motion, true and correct copies were sent to the Richard Pomeroy,. Attorney of record, at the Office of the U.S. Attorney via: (x) email & (x) fax and placed in the United states mail, priority mail, the same day

I further certify that prior to filing this Motion a true and correct copy of the following were sent to Rosa Seabreeze Gaona via (x) email and copies of the same placed in the United States mail Priority mail the same day:

    1) Joint Motion to Stay Discovery sand Proposed Order

    2) Motion of Plaintiff's Counsel to Withdraw

    3) Declaration of Counsel in Support of Motion to Withdraw.

Dated this 18th day of April 2008.

___s/_____
Patricia S. Rose, WSBA #19046

MOTION TO WITHDRAW -5