**LAW OFFICE OF PATRICIA S. ROSE**
Patricia S. Rose, WSBA #19046
Attorney for Plaintiff
157 Yesler Way, Suite 503
Seattle, Washington 98104
(206) 622-8964 (phone)
(206) 622-2593 (fax)
Email: prose83897@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ROSA S. GAONA<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER,<br><br>Defendant. | No. CV 3:04-CV 00118-JKS<br><br>**AMENDED AND CORRECTE**D DECLARATION OF OF PLAINTIFF'S COUNSEL IN SUPPORRT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD UNDER LR 11.1 (c) |

I, Patricia S. Rose, am over eighteen years of age and am competent to testify to the following.

1. In my haste to file the Motion to Withdraw on the afternoon of Friday, April 18th 2008, I neglected to see several significant typographical errors in the text of the Motion and Declaration that may have led to confusion by the Court.

2. In addition, plaintiff contacted me by telephone after receipt of the motion and declaration by email and updated her mailing address.

**AMENDED AND CORRECTED**
DECLARATION OF COUNSEL ON
MOTION TO WITHDRAW-1

3. Paragraph 9 of the Declaration of Patricia S. Rose (Document 91), p.4, ln. 4, p. should be corrected to state that by late March, "I advised Ms. Gaona that I *did not* feel able to travel or undertake the deposition schedule…."

4. In Section E of the Motion to Withdraw at p. 3, ln. 23, the reference to "plaintiff's medical privacy"" should be corrected to read "plaintiff's *counsel's* medical privacy".

5. Section D of the Motion should be amended to reflect the following residential address was provided after filing by plaintiff on Friday, April 18th 2008, after her receipt of the documents by email:

> Rosa Gaona
> 2057 Washington Street, #2
> Ferndale, Washington 98248

All other phone and email contact information remains the same. I have today received proof of delivery to her at that address from the United States Postal Service.

6. As requested by the Court's Case Manager today, the proposed orders on Counsel's Motion to Withdraw and on the Joint Motion To Extend Discovery Will be submitted to the Court today by email and also served by email to defense counsel and by email and US mail at the above address to Rosa Gaona.

I SWEAR UNDER PENALTY OF PERJURY UNDER THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT.

Dated this 22nd day of April 2008.

                                    s/Patricia S. Rose_____

                                    PATRICIA S. ROSE

**AMENDED AND CORRECTED** DECLARATION OF COUNSEL ON MOTION TO WITHDRAW -2