IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>     Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>     Defendant. | Case No. 3:04-cv-00118-JKS<br><br>PROPOSED ORDER<br>ON MOTION OF PATRICIA S. ROSE<br>TO WITHDRAW AS ATTORNEY OF<br>RECORD |

     The Court, having reviewed the Motion of Patricia S. Rose to withdraw as attorney of record for plaintiff Rosa Gaona for good cause, (Document No. 90 and having reviewed the Declaration of Patricia S. Rose in support of the Motion (Document No. 91) and the Amended Declaration of Patricia S. Rose(Docket No. 92, and under the authority of LR 11.1, does find as follows:

1. Plaintiff's counsel has demonstrated good cause for need for an order on shortened time and for expedited withdrawal as attorney of record due to a serious health condition

2. Ms. Rose has attempted unsuccessfully to locate substitute counsel in this matter and has jointly moved with opposing counsel to an extension in discovery to permit plaintiff to continue to prosecute this matter, find counsel or decide to appear pro se. (Docket No. 89)

3. The Court has entered the Order on the Motion to Extend Discovery

4. There is no objection to counsel's withdrawal from defendant.

PROPOSED ORDER-1

5. Plaintiff has had oral and written notice of counsel's need to withdraw several weeks prior to service of the motion and has received a copy of Local Rule 11.1

6. Plaintiff has received actual notice of counsel's Motion to Withdraw.

    NOW, THEREFORE, IT IS HEREBY ORDERED, DECREED AND ADJUGED AS FOLLOWS:

### OPTION NO. 1

1. The Court grants Ms. Rose's Motion for Withdrawal as Attorney of Record effective the ___ day of _____, 2008 for good cause. A copy of this Order shall be sent by email, and US mail, to all parties of record including plaintiff: at the address provided for in Docket No. 92.

### OPTION NO. 2

1. The Court reserves ruling on Ms. Rose's Motion to Withdraw subject to any written objection received by plaintiff as permitted by LR 11.1 (c )(2)

2. Any objection should be served on Ms. Rose and counsel for defendant by no later than _____

3. The Court reserves ruling on the necessity of, and procedure for, conducting any telephonic or other form of evidentiary hearing under LR 11.1(c) pending receipt of any objection to counsel's withdrawal.

4. A copy of this order shall be sent by email, and US mail to all parties of record, including plaintiff at the address provided in Docket No 92

.

PROPOSED ORDER-2

Dated this _____ day of _____, 2008

_____

James K Singleton

United States District Court

PROPOSED ORDER-3