IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>             Plaintiff,<br><br>      vs.<br><br>JOHN E. POTTER, Postmaster General,<br><br>             Defendant. | Case No. 3:04-CV-00118 (JKS)<br><br><br>ORDER |

  Currently before the Court is the Motion of Plaintiff's Counsel to Withdraw and a Joint Motion For a Stay. *See* Docket Nos. 89 (Mot. for stay); 90 (Mot. for withdrawal); 91 (Decl. of Pl's Counsel); 92 (Amended Decl. of Pl's Counsel). The Court has reviewed the filings and finds that Plaintiff's counsel has demonstrated good cause under Local Rule 11.1(c) to withdraw as attorney of record due to her serious health condition.

  Although Defendant has no objection, Plaintiff's counsel has informed the Court that Plaintiff has informally indicated that she does not consent to counsel's withdrawal. Further, substitute counsel has not been found. However, as Plaintiff has been given actual notice of the Motion to Withdraw and will be given an ample stay to either secure new counsel or prepare to proceed pro se, the Court finds good cause to waive the hearing called for by Local Rule 11.1(c)(3)(B).

  Accordingly, **IT IS HEREBY ORDERED** that:

  1. Ms. Rose's Motion to Withdraw at **Docket No. 90** is **GRANTED** for good cause, effective immediately;

     2.  The Joint Motion for Stay at **Docket No. 89** is **GRANTED**.  Plaintiff will be provided until **August 25, 2008**, to engage new counsel or decide to proceed pro se.  Defendant shall confer with Plaintiff, or any new counsel, and submit a joint status report to the Court on **September 2, 2008**, reflecting the discovery plan that they have developed.  In the meantime, discovery is stayed; and

     3.  The Clerk shall serve this Order on all parties, including Plaintiff at the mailing address provided in Docket No. 92.

     Dated this 24th day of April 2008.

                                                             /s/ James K. Singleton, Jr.
                                                              **JAMES K. SINGLETON, JR.**
                                                              United States District Judge

ORDER