8-25-08

Judge Singleton

I Rosa S. Gaona Case # 304CV00118JKS will be continuing with my case as Pro Se.

Thank You
Rosa S. Gaona
9151 Stephen Richards Dr.
Space 19
Juneau, AK 99801
907-209-1813

**RECEIVED**
AUG 25 2008
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA