NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA, | ) Case No. 3:04-cv-118-JKS |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **SUBSTITUTION OF COUNSEL** |
| | ) |
| JOHN E. POTTER, Postmaster General, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    The United States, through counsel, substitutes Susan J. Lindquist, Assistant U. S. Attorney, as counsel for the Defendant, the United States of America.

Richard L. Pomeroy is no longer assigned to this case.

All further pleadings and correspondence, etc. shall be sent to the following address:

Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

RESPECTFULLY SUBMITTED this 2nd day of September, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008,
a copy of the foregoing **Substitution of Counsel**
was served via U.S. Mail on:

Rosa Gaona
9951 Stephen Richards Memorial Dr. Space 19
Juneau, AK 99801

s/ Susan J. Lindquist

Gaona v. Potter
Case No. 3:04-cv-00118-JKS                2