NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ROSA GAONA, | ) Case No. 3:04-cv-118-JKS |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF REMOVAL FROM** |
|  | ) **ELECTRONIC SERVICE** |
| JOHN E. POTTER, Postmaster General, | ) |
| Defendant. | ) |

The United States of America, through counsel, hereby requests that the Court no longer serve pleadings in the above-captioned case on Richard L. Pomeroy, Assistant U.S. Attorney.  Susan J. Lindquist, Assistant U.S. Attorney, is

now appearing for the United States in this matter.

RESPECTFULLY SUBMITTED this 2nd day of September, 2008, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov
        AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008,
a copy of the foregoing **Notice of Removal from Electronic Service** was served via U.S. Mail on:

Rosa Gaona
9951 Stephen Richards Memorial Dr. Space 19
Juneau, AK 99801

s/ Susan J. Lindquist