NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA GAONA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>　　　　Defendant. | Case No. 3:04-cv-118-JKS<br><br>**JOINT STATUS REPORT** |

　　　　The Court directed the parties at dkt 94 to confer and to provide a report to the

Court regarding the results of the conference with respect to the discovery plan.

The parties agreed to the following schedule:

| | |
|---|---|
| Final Witness Lists: | November 30, 2008 |
| Close of Discovery: | December 31, 2008 |
| Dispositive Motions and Motions in Limine: | January 23, 2009 |

The parties do not intend to file expert reports.

Respectfully submitted this 2nd day of September, 2008, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov
        AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008,
a copy of the foregoing **Joint Status Report** was
served via U.S. Mail on:

Rosa Gaona
9951 Stephen Richards Memorial Dr. Space 19
Juneau, AK 99801

s/ Susan J. Lindquist

Gaona v. Potter
Case No. 3:04-cv-00118-JKS    2