IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSA S. GAONA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JOHN E. POTTER, Postmaster General,<br><br>               Defendant. | Case No. 3:04-CV-00118 (JKS)<br><br>ORDER |

     In April 2008, the Court stayed discovery in this matter to allow Plaintiff time to seek new counsel or prepare to proceed *pro se*. Plaintiff has decided to proceed *pro se*, Docket No. 95, and the Parties have submitted a joint status report setting out an agreed upon schedule for completing discovery. Docket No. 98.

     Accordingly, the stay on discovery is hereby lifted. Discovery shall proceed as previously ordered with the exception of the following agreed-upon modifications:

    1. Final witness lists shall be exchanged no later than **November 30, 2008**;

    2. All discovery shall be scheduled to be <u>completed</u> by **December 31, 2008**; and

    3. Any dispositive motions or motions in limine shall be filed by **January 23, 2009**.

**IT IS SO ORDERED.**

Dated this 3rd day of September 2008.

                                                /s/ James K. Singleton, Jr.
                                                **JAMES K. SINGLETON, JR.**
                                                United States District Judge